*HMN*

**RECEIVED** *LCW*

SEP 0 3 2008
SEP 03 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Daniel R Kellogg K72153

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Lake county Jail
Judge, John T. Phillips
State' Attorneys Christine
                     PRusank
Records office
E.+ A.l

_____

(Enter above the full name of ALL
defendants in this action.  <u>Do not</u>
use "et al.")

**08CV5008**
**JUDGE DARRAH**
**MAG.JUDGE COLE**

Ca_____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

X    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
     **U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
         **28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.    Plaintiff(s):**

A.    Name: _____ Daniel R Kellogg _____

B.    List all aliases: _____ none _____

C.    Prisoner identification number: _K 72153_ _____

D.    Place of present confinement: Centralia C Center

E.    Address: P. O Box 7711 centralia ILL 62801

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.    Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: Lake county Jail

Title: Circuit court - Judge John J. Phillips

Place of Employment: Lake county Ill

B.    Defendant: Lake county court House

Title: State Attorneys) catherine WalDeck

Place of Employment: Lake County Ill

C.    Defendant: ArtHur D Kessler

Title: Assistant public Defender

Place of Employment: Lake countycircuitcourT

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _____ *None* _____

B. Approximate date of filing lawsuit: _____ *N/A* _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

*None*

D. List all defendants: _____

*None*

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____ *None* _____

F. Name of judge to whom case was assigned: _*N/A*_ _____

G. Basic claim made: _____ *None*

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

*None*

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was sentenced on March 15, 2007 To Four And HaIF years in The ILL Department oF Corrections But BeFore i was sentenced i had spent seventy-Four Days in Dupage county From march 5 06 To may 17 06 In Kane county. I spent Fifty-six Days From may 17 06 To July 11 06 For a Total oF one Hundred Thirty days Back on 4-08-08 i Filed a motion For correcting The mittimus. But it was Denied. How every i Have sent in Three motions Try very HarD! To clear This matter up Eileen F. clerK For Judge pHillips sent a Letter on February 20, 08 But she Did not Tell me why or explain To me. Becuse it cleanly sHows THat i was in custody so i should Be given THe Time Becuse THe court Transcripts. Don't Lie Also, THe State' Attorneys oFFice made a Big misTake As well, ms cAtHerine WalDeck Did not even Try To corrected THis matter on July, 07

4

I was in court on a another matter and my Attorney asked The court and John T. Phillips To Look into The correcting of The mittimus But Judge Phillips. Told my attorney That I am not here on That matter. But i Have Been Trying To get. The matter Taken care of since Dec 14, 2007, so now i am Here For an Extra Three Hundred Forthy Days spent on Trying To get The matter corrected This is clearly A volition of my const Right To Have a Fair Trial and To Have Fairness. so This Has put A total Lost Becuse i was Looking To Have This Behind me also my Famliy Has Been put put Thowo so much Becuse of The Delay I Had To see if The appelate court could Help me in which They Apponted Thier Self Also They Have all Ready Found 4 Days missing.

Revised 9/2007

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like THe laws Be set Fourth

As Followed

I Also seek To Have THis corRected

And Damages

Also seeking To Have eAch D

**VI.**    The plaintiff demands that the case be tried by a jury.   ☒ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 28 day of Aug , 20 08

_Daniel Kellogg_
(Signature of plaintiff or plaintiffs)

_Daniel Kellogg_
(Print name)

_K72153_
(I.D. Number)

_P.O. Box 7711_
_Centralia, IL 62801_
(Address)

STATE OF ILLINOIS
COUNTY OF CLINTON
SIGNED AND SWORN TO BEFORE ME ON
8/28/08 BY DANIEL KELLOGG

SIGNATURE OF NOTARY PUBLIC

OFFICIAL SEAL
LARRY B TAYLOR
Notary Public  State of Illinois
My Commission Expires Feb 25, 2012

Revised 9/2007

STATE OF ILLINOIS )
                  )SS.
COUNTY OF CLINTON )

## CERTIFICATE OF SERVICE

I, _Daniel Kellogg_, certify that I caused a copy of the

Document mentioned in the _1983 Civil Rights Complaint_ to be filed on

the parties mentioned in the same for the purposes thereof, on the

_28_ day of _Aug_, 200_8_, by placing the same in the U.S. Mail

Box at the Centralia Correctional Center, Centralia, Illinois 62801,

with postage paid.

By _[signature]_

Subscribed and sworn to before me

this _28th_ day of _August_, 200_8_.

_[signature]_
Notary Public

OFFICIAL SEAL
LARRY B. TAYLOR
**Notary** Public   State of Illinois
My Commission Expires Feb 25, 2012

Exhibits

IN THE CIRCUIT COURT OF _Cook_ COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS )
                                 )
                    Plaintiff,   )        05 C 22011101
          vs                     )   Case No. 05 C 22011201
                                 )
Daniel Kellogg                   )
                    Defendant.   )

---

## MOTION FOR ORDER NUNC PRO TUNC

### Correcting Omission in Previous Order

COMES NOW the defendant, _Daniel Kellogg_, pro se, and respectfully moves this Honorable Court to enter and issue an Order Nunc Pro Tunc, correcting the mittimus issued in the above-captioned matter. Said Order will provide that the defendant receive credit for time served towards the sentence imposed by this Court and will be released in a timely manner upon completion of his/her sentence. In support of said motion, the defendant states as follows:

1. Defendant was sentenced to serve _4 yRS_ by Judge _Howard, Garritt E_ for the Circuit Court of _Cook_ County on _2-7-08_.

2. The mittimus issued by the Court at the time of sentencing failed to reflect the time the defendant had spent in custody prior to being sentenced. (Copy of mittimus is attached to this motion.)

3. 730 ILCS 5/5-8-7 (b) (c) provides that "The offender shall be given credit on the determinate sentence or maximum term and the minimum period of imprisonment for time spent in custody as a result of the offense for which the sentence was imposed, at the rate specified in Section 3-6-3 of this Code. An offender arrested on one charge and prosecuted on another charge for conduct which occurred prior to his arrest shall be given credit on the determinate sentence or maximum term and the minimum term of imprisonment for time spent in custody under the former charge not credited against another sentence."

4. Pursuant to the above cited statute, the defendant is entitled to _142 days_ credit as time served against case no. _05 C 22011101_ _05 C 22011201_. To wit:

    (a) Defendant was incarcerated at the _Dupage, Kane, Lake_ County Jail from _3-5-06_ to _7-25-06_, a total of _142_ days.

Revised Jan 2002

Exhibits

(b) Credit for days served have not been applied toward any other sentence.

WHEREFORE, defendant _Daniel Kellogg_ moves the court to issue and enter an order Nunc Pro Tunc, correcting defendant's mittimus to reflect credit for all time served against the imposed sentence; and that a copy of said Order and Corrected Mittimus be forwarded to the Records Office at _Centralia_ Correctional Center.

Respectfully submitted,

_Daniel Kellogg_
Defendant, pro se

Signed before me this _13th_ day of _June_, _2008_.

_Larry B. Taylor_
Notary Public

> OFFICIAL SEAL
> LARRY B. TAYLOR
> Notary Public   State of Illinois
> My Commission Expires Feb 25, 2012

Revised Jan 2002

Exhibits

IN THE Circuit Court
Of Cook County, Illinois

People of the State of Illinois
Plaintiff,

v.

Daniel Kellogg
Defendant

Case No. 05C22011101
05C22011201

## PROOF/CERTIFICATE OF SERVICE

TO: Cook Co Clerks Office
Skokie Division
Skokie Courthouse
5600 Old Orchard Rd.
Skokie, IL 60076

TO: States ATTY Office
Skokie Division
Skokie Courthouse
5600 Old Orchard Rd.
Skokie, IL 60076

PLEASE TAKE NOTICE that on __6-13__, 20_08_ I have placed the documents listed below in the institutional mail at _Centralia_ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: __Motion for Order Nunc Pro Tunc__

__Proposed Order__

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: __6-13-08__

/s/ Daniel Kellogg
NAME: Daniel Kellogg
IDOC#: K72153
_Centralia_ Correctional Center
P.O. BOX _7711_
_Centralia_, IL _62801_

Revised Jan 2002

Exhibits

 

*Sally D. Coffelt*
CLERK OF THE CIRCUIT COURT



# OFFICE OF THE CLERK OF THE CIRCUIT COURT

**Lake County Courthouse**
**18 North County Street**
**Waukegan, Illinois 60085-4369**
**(847) 360-6680**

February 20, 2008

Mr. Daniel Kellogg K-72153
Centralia Correctional Center
9330 Shattuc Road
P.O. Box 7711
Centralia, Illinois 62801

RE: 05CF3730

Dear Mr. Kellogg:

Your Motion for Order Nunc Pro Tunc filed on December 26, 2007 was denied on February 20, 2008. If this office can be of further assistance please do not hesitate to contact us.

Eileen F.
Clerk for Judge Phillips
C202

Exhibits

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, STATE OF ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS, )
                         Plaintiff, )
                                    )
        -vs-                        )    Case No. 05-CF-3730
                                    )
DANIEL KELLOGG,                     )
                         Defendant. )

## MOTION FOR ORDER NUNC PRO TUNC
(Correcting Sentence Credit to Reflect Simultaneous Custody)

COMES NOW the defendant, Daniel Kellogg, pro-se, Layman, and respectfully moves this Honorable Court to enter and issue an Order Nunc Pro Tunc, correcting the mittimus issued in the above-captioned matter. Said Order will provide that the defendant receive credit for time served towards the sentence imposed by this Court and will be released in a timely manner upon completion of his sentence. In support of said motion, he states the following:

### BACKGROUND

1.) On March 5, 2006, Defendant-Daniel Kellogg was arrested by Du Page County Police Officers for an outstanding warrants issued by the Counties of Du Page, Kane, and Lake.

2.) Defendnat appeared before the Judicial Circuit Court of Du Page Count and pled guilty to one count of theft to received two (2) years probation.

3.) The defendant was returned to the Du Page County Jail upon the pending warrants issued by the counties of Kane and Lake, both of whom indicated to Du Page their intent to pick-up and prosecute him.

4.) On May 17, 2006, officials of Kane County took possession of defendant and transported him form the Du Page County Jail to the Kane County Jail.

5.) Pursuant to plea negotiations, the Judicial Circuit Court of Kane County accepted defendant's plea of guilty to two (2) counts of theft and ordered to 30 months probation.

6.) Again, defendant was remanded to the Kane County Jail, where he remain until Lake County officials picked him up for prosecution;

Exhibits

7.) On July 14, 2006, Lake County officials transported the defendant from the Kane County Jail to the Lake County Jail.

8.) Defendant remained in the Lake County Jail until July 25, 2006, when then was finally allowed to be released upon bond.

9.) On March 15, 2007, pursuant to plea negotiations, the defendant's bond was revoked and sentenced to $4\frac{1}{2}$ year term of imprisonment; both Du Page and Kane Counties re-sentenced defendant to 4 year term of imprisonment, to be served concurrently with the defendant's Lake County sentence.

10.) NOTE: It should be noted that each of these circuit courts credited defendant only with the time spent in the custody of their county Jail.

11.) Defendant remained in the Lake County Jail until March 23, 2007, when then was transferred to the Illinois Department of Corrections.

## ARGUMENT

12.) Relying on the definition of custody provided by 730 ILCS 5/5-8-7(b), the defendant argues that when the Du Page County police officers arrested and detained him, in part, upon a warrant and criminal complaint issued by the Judicial Circuit Court of Lake County, he was thereafter in simultaneous custody of Du Page, Kane, and Lake County.

13.) The defendant further submits that while in the custody of the Kane County Jail, she was still in the simultaneous custody of Lake County inwhere after having received probation, he was nevertheless remanded to the Kane County Jail solely upon the warrant and criminal complaint issued by Lake County.

14.) Moreover, to support his claim that while in the Du Page and Kane County Jails, he was in the simultaneous custody of Lake County, defendnat argues that even if Du Page and Kane County had decided to drop all charges against the defendant, each of these two counties would still have detained him in their custody upon the warrant and criminal complaint issued by Lake County.

Exhibits

WHEREFORE, Defendant-Daniel Kellogg prays and respectfully moves this Honorable Court to issue and enter an Order Nunc Pro Tunc, correcting defendant's mittimus to reflect credit for time spent in custody from March 5, 2006, the date of his arrest upon the warrants of Du Page, Kane and Lake Counties, to July 25, 2006, the date whom he posted bond; and twelve (12) days credit for the time spent in custody from March 15, 2007, the date that the bond was revoked upon conviction, to March 23, 2007, when he was transferred to the Illinois Department of Corrections; and that a copy of said Order and Corrected Mittimus be forwarded to the Records Office/Clincal Services, Centralia Correctional Center, 9330 Shattuc Rd/P.O. Box 7711, Centralia, Illinois 62801.

STATE OF ILLINOIS )
                  ) ss.
COUNTY OF CLINTON )

Respectfully submitted

/s/ _____

Affiant- Daniel Kellogg, pro-se
IDOC No.: K-72153
Centralia Correctional Center
9330 Shattuc RD/P.O. Box 7711
Centralia, Illinois 62801

SIGNED AND SWORN TO BEFORE ME

THIS 14th DAY OF DECEMBER, 2007.

_____
Notary Public

"OFFICIAL SEAL"
Larry B. Taylor
Notary Public, State of Illinois
My Commission Exp. 02/09/2008

-3-

*Exhibits*

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS,          )
                          Plaintiff,      )
                                          )
            VS.                           )          05-CF-3730
                                          )
DANIEL KELLOG,                            )
                          DEFENDANT,      )

## MOTION FOR AMENDING AND CORRECTING MITTIMUS

Now comes Daniel Kellog, pro se, and respectfully asking this
Honorable Court to Amend and to correct mittimus.
 1. ON March 5,2006 defendant was arrested by Dupage County
for outstanding warrants.
 2. Defendant was also charged with warrants in Lake County
and Kane County
 3. On May 17,2006 officials of Kane County took possession
of defendant and transported him from Dupage to Kane County Jail.
 4. On July 14,2006 plea negotieations were done in both Dupage
and Kane Counties. Defendant was then transported to Lake County
Jail.
 5. ON July 25,2006 defendant was released from Lake County Jail.
 6. Defendants argument is that from March 5,2006 to July25,2006
he was in custody.
 7. 730 ILCS 5/5-8-7(b)(c) provides that the defendant shall
be given credit on the determinate sentence or maximum term and
the minimum period of imprisonment for time spent in custody.
As a result of the offense for which the sentence was imposed,
at the rate specified in Section 3-6-3 of this Code. Defendant
was arrested on one charge and prosecuted on another charge for
conduct which occurred prior to his arrest shall be given credit
on the Determinate sentence or maximum term and the minimum term
of imprisonment for time spent in custody under the former charge
not credited against another sentence.

Wherefore, Defendant Daniel Kellog, moves this court to issue
and enter a motion for Amending And Correcting Mittimus. To reflect
credit for all time against the imposed sentence: and that a
copyof said order and corrected mittimus be forwarded to the
Records Office at

Centralia Correctional Center
9330 Shattuc Road/P.o. Box 7711
Centralia,IL. 62801

Respectfully Submitted

*Daniel Kellog* 4-8-08
Defendant, pro se

STATE OF ILLINOIS
COUNTY OF CLINTON
SIGNED AND SWORN TO BEFORE ME ON
4/8/08 BY DANIEL KELLOGG
*Larry B. Taylor*
SIGNATURE OF NOTARY PUBLIC

OFFICIAL SEAL
LARRY B. TAYLOR
Notary Public  State of Illinois
My Commission Expires Feb 25, 2012

Exhibits

IN THE
Circuit Court of the
Nineteenth Judicial Circuit, Lake County, STC

People of the State of Illinois )
        Plaintiff,                )
                                   ) Case No. 05-CF-3730
        v.                         )
                                   )
Daniel Kellogg                    )
        Defendant                  )

## PROOF/CERTIFICATE OF SERVICE

TO: Lake County Clerk of     TO: Lake County States Attorny
Circuit Court

18 North County St.          18 North County St.
Waukegan, IL 60085           Waukegan, IL 60085

PLEASE TAKE NOTICE that on Dec 15 , 20 07, I have placed the
documents listed below in the institutional mail at __Centralia__ Correctional Center,
properly addressed to the parties listed above for mailing through the United States Postal
Service: Nunc Pro Tunc

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1- 109 I declare, under penalty of
perjury, that I am a named party in the above action, that I have read the above
documents, and that the information contained therein is true and correct to the best of my
knowledge.

DATE: 12-15-07

/s/
NAME: Daniel Kellogg
IDOC#: K72153
__Centralia__ Correctional Center
P.O. BOX __7711__
__Centralia__ , IL __62801__

Form revised 11/1/01

*Exhibits*

In the Circuit Court of the ___nineTeen___ Judicial Circuit
___Lake___ County, Illinois

THE PEOPLE OF THE  )
        STATE      )
        OF ILLINOIS )
                    )      No. **05-CF 3730**
        v.          )
                    )      **FILED**
                    )
                    )      **MAY 15 2008**
___Daniel Kellogg K72153___  )
Defendant/Appellant               CIRCUIT CLERK

Notice of Appeal

An appeal is taken from the order or judgment described below:

(1) Court to which appeal is taken: **Lake County Circuit Court**

(2) Name of appellant and address to which notices shall be sent:
Name: **Lake county court 18N county ST waukegan Ill 60085**
Address: Centralia Correctional Center, P.O. Box 7711, Centralia, IL 62801

(3) Name and address of appellant's attorney on appeal:
Name: _____
Address: _____
If appellant is indigent and has no attorney, does he want one appointed?
**would like To Be appointed one**

(4) Date of judgment or order: **April 18- 2008**

(5) Offense of which convicted: **Thief**

(6) Sentence: **4 yrs**

(7) If appeal is not from a conviction, nature of order appealed from: _____
**correcting mirous**

Signed _____
(May be signed by appellant, attorney for appellant, or clerk of circuit court)

Revised Jan 2002

# Exhibits

IN THE

CiRcuit couRT oF The nineTeenTh
Judicial circuit Lake county ILL

| | | |
|---|---|---|
| people of The sTate of ILL | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 05cF3730 |
| v. | ) | |
| | ) | |
| Daniel KeLLogg | ) | |
| Defendant | | |

## PROOF/CERTIFICATE OF SERVICE

TO: CleRKs oFFice oF

Lake county 18NoRth
County sTReeT
WAuKegAn, ILL 60085-4369

TO:

STate aHoRney's oFFice
FoR Lake coUnty 18north
county sTReeT
WAuKegAn ILL 60085-4369

PLEASE TAKE NOTICE that on  4 – 8 – , 2008, I have placed the
documents listed below in the institutional mail at ___Centralia___ Correctional Center,
properly addressed to the parties listed above for mailing through the United States Postal
Service: _____

Motion FoR Amending And coRRecting mittimus

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1– 109 I declare, under penalty of
perjury, that I am a named party in the above action, that I have read the above
documents, and that the information contained therein is true and correct to the best of my
knowledge.

DATE: 4-8- 08

/s/ Daniel Kellogg

NAME: Daniel Kellogg
IDOC#: K72153
___Centralia___ Correctional Center
P.O. BOX __7711__
___Centralia___, IL _62801_

Form revised 11/1/01

Exhibits K-72153

**IN THE CIRCUIT COURT OF NINETEENTH JUDICIAL CIRCUIT**
**LAKE COUNTY, ILLINOIS** DR men

|  |  |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS ) | Date of Sentence _March 15, 2007_ |
| ) | Date of Birth _9/13/1974_ |
| vs. ) | (Defendant) |
| Daniel Kellogg ) Case No. _____05CF3730_____ | |
| ) | Date of Birth _____ |
| Defendant | (Victim) |

## JUDGMENT - SENTENCE TO ILLINOIS DEPARTMENT OF CORRECTIONS

WHEREAS the above - named defendant has been adjudged guilty of the offenses enumerated below.

IT IS THEREFORE ORDERED that the defendant be and hereby is sentenced to confinement in the Illinois Department of Corrections for the term of years and months specified for each offense.

| COUNT | DATE OF OFFENSE | STATUTORY OFFENSE | CITATION | CLASS | SENTENCE | MSR |
|---|---|---|---|---|---|---|
| 1 | August 25, 2005 | Theft | 720 ILCS 5/16-1(a)(1)(A) | 3 | 4 Yrs 6 Mo | 1 Yr |

and said sentence shall run (☐ concurrent with)(☐ consecutive to) the sentence imposed on: _____

_____ _____ _____ _____ _____ ____Yrs ___Mo ___Yr

and said sentence shall run (☐ concurrent with)(☐ consecutive to) the sentence imposed on: _____

_____ _____ _____ _____ _____ ____Yrs ___Mo ___Yr

and said sentence shall run (☐ concurrent with)(☐ consecutive to) the sentence imposed on: _____

_____ _____ _____ _____ _____ ____Yrs ___Mo ___Yr

and said sentence shall run (☐ concurrent with)(☐ consecutive to) the sentence imposed on: _____

The Court finds that the defendant is:

☐ Convicted of a class _____ offense but sentenced as a **Class X** offender pursuant to 730 ILCS 5/5-5-3(c)(8).

☐ The Court further finds that the defendant is entitled to receive credit for time actually served in custody (of _____days as of the date of this order) from (specify dates) _____

☐ The Court further finds that the conduct leading to conviction for the offenses enumerated in counts _____ resulted in **great bodily harm** to the victim. (730 ILCS 5/3-6-3(a)(2)(iii)).

☐ The Court further finds that the defendant meets the eligibility requirements and is approved for placement in the **Impact incarceration** program. If the Department accepts the defendant and determines that he has successfully completed the program, the sentence shall be reduced to time considered served upon certification to the Court by the Department that the defendant has successfully completed the program. Written consent is attached.

☐ The Court further finds that offense was committed as a result of the use of, abuse of, or addiction to alcohol or a controlled substance.

☐ IT IS FURTHER ORDERED that the sentence(s) imposed on count(s) _____ be (☐ concurrent with) (☐ consecutive to) the sentence imposed in case number _____ in the Circuit Court of _____ County.

☐ IT IS FURTHER ORDERED that the defendant serve   ☐ 85%   ☐ 100% of said sentence as to count(s) _____
IT IS FURTHER ORDERED that the Clerk of the Court deliver a certified copy of this order to the Sheriff.

☒ IT IS FURTHER ORDERED that the Sheriff take the defendant into custody and deliver him to the Department of Corrections which shall confine said defendant until expiration of his sentence or until he is otherwise released by operation of law.

☒ IT IS FURTHER ORDERED that _defendant shall be given credit for time served in the Lake County Jail - credit for time served while awaiting transport to the Department of Corrections - with day for day credit as administered by the Department of Corrections - court recommends the defendant be placed in a facility with the opportunity to receive residential drug treatment_

_____

This order is (☒ effective Immediately) (☐ stayed until _____).

DATE: _____March 15, 2007_____      ENTER: _____

John T. Phillips
(PLEASE PRINT JUDGE'S NAME HERE)

*Exhibits*

*B02-11*   DC 1321

## SINGLE OR CONCURRENT DETERMINATE SENTENCES UNDER 1978 LAW AND JAIL CREDIT

NAME *Daniel Kellogg*    NUMBER *K72153*    DATE *3-26-07*

**(STEP 1) (A)**

Yr. Mo. Day
*06 7 25*   (Rel. on Bond, Etc.)
*06 7 14*   (Arrest Date)
     *11*   (Jail Credits)
+    *1*   (Add 1 Day)
     *12*   (Jail Credits)

**STEP 1) (B)**

Yr. Mo. Day

___   (Rel. on Bond, Etc.)
−     (Arrest Date)
___   (Jail Credits)
+    *1*   (Add 1 Day)
___   (Jail Credits)

**(STEP 1) (C)**

Yr. Mo. Day

___   (Rel. on Bond, Etc.)
−     (Arrest Date)
___   (Jail Credits)
+    *1*   (Add 1 Day)
___   (Jail Credits)

**(STEP 1) (D)**

Yr. Mo. Day

___   (Rel. on Bond, Etc.)
−     (Arrest Date)
___   (Jail Credits)
+    *1*   (Add 1 Day)
___   (Jail Credits)

**(STEP 2)**

Yr. Mo. Day
     *12*       *4 6m*
         (Jail Credits-A)
+        (Jail Credits-B)
+        (Jail Credits-C)
+        (Jail Credits-D)
         (Total Jail Credits)

**(STEP 3)**

Yr. Mo. Day          *Jailcredit Sheet*
*07 3 15*   (Old Custody/
               Sentence Date)
     *12*   (Total Jail Credits)
−          (New Custody Date)
*07 3 3*
               *0SCF3730*

**(STEP 4)** MITTIMUS NO._____ )

PROJECTED OUT DATE

Yr. Mo. Day
*07 3 3*   (New Custody Date)
  *2 3*   (Sentence Less)
           GCC)
*09 6 3*   (Projected Out Date)
           (Previous Time
+ or −     Lost/Awarded)
           (Adj.Proj.Out Date)

**(STEP 5)**

MANDATORY OUT DATE

Yr. Mo. Day
*07 3 3*   (New Custody Date)
  *4 6*   (Sentence)
*2011 9 3*   (Mandatory OutDate)

Adj. Proj. Out Date *6-3-09*    Terminal Operator _____
Mandatory Out Date *9-3-2011*   Date Entered _____
Calculated By *M. M.*

DC 1321 (Rev 10/96 )
IL 426-00521

*Exhib.+5*

# LAKE COUNTY SHERIFF'S DEPARTMENT
## LAKE COUNTY, IL

**DEFENDANT:** **DANIEL KELLOGG**

**CASE NUMBER:** **05CF3730**

THIS IS TO CERTIFY THAT ON **03/23/2007**, THE AFOREMENTIONED DEFENDANT WAS, PURSUANT TO MITTIMUS, TRANSFERRED TO THE ILLINOIS DEPARTMENT OF CORRECTIONS:

X   **DIAGNOSTIC CENTER**
   **IDOC - STATESVILLE**
   **CORRECTIONAL CENTER**
   **ROUTE 53 PO BOX 112**
   **JOLIET, IL  60434**

   DWIGHT CORRECTIONAL
   ROUTE 17 WEST
   P.O. BOX 5001
   DWIGHT, IL  60420

   VANDALIA CC
   VANDALIA, IL

   CHESTER MENTAL HEALTH
   P.O. BOX 31
   CHESTER, IL 62233

   ST. CHARLES
   YOUTH DETENTION

   OTHER

AS OF THE DATE THE DEFENDANT WAS TRANSFERRED TO THE CUSTODY OF THE ILLINOIS DEPARTMENT OF CORRECTIONS (IDOC), HE HAD BEEN IN CUSTODY OF THE LAKE COUNTY SHERIFF'S DEPARTMENT/JAIL DIVISION SINCE HIS INITIAL ARREST. THE COMPUTATION OF THE DAYS OF CUSTODY WITH THE JAIL ARE AS FOLLOWS:

| DATE BOOKED IN | DATE RELEASED | TOTAL DAYS HELD |
|---|---|---|
| 3/15/07 | 03/23/2007 | 12 |
| 07/14/2006 | 07/25/2006 | 12 |
|  |  | 0 |
|  |  | 0 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| **TOTAL DAY IN CUSTODY** | | 24 |

**SERGEANT OF CORRECTIONS**

U:\Jail\Secretary\Secretary\DOC Shipments\DOC Merge Sheet - MALE.docLake County03/22/07

Ex hibits

# LAKE COUNTY SHERIFF'S DEPARTMENT
## LAKE COUNTY, IL

**DEFENDANT:**    **DANIEL KELLOGG**

**CASE NUMBER:**    **RETURN OF WRIT**

THIS IS TO CERTIFY THAT ON **08/03/2007**, THE AFOREMENTIONED DEFENDANT WAS, PURSUANT TO MITTIMUS, TRANSFERRED TO THE ILLINOIS DEPARTMENT OF CORRECTIONS:

X.

**DIAGNOSTIC CENTER**
**IDOC - STATESVILLE**
**CORRECTIONAL CENTER**
**ROUTE 53 PO BOX 112**
**JOLIET, IL 60434**

DWIGHT CORRECTIONAL
ROUTE 17 WEST
P.O. BOX 5001
DWIGHT, IL 60420

VANDALIA CC
VANDALIA, IL

CHESTER MENTAL HEALTH
P.O. BOX 31
CHESTER, IL 62233

ST. CHARLES
YOUTH DETENTION

OTHER

AS OF THE DATE THE DEFENDANT WAS TRANSFERRED TO THE CUSTODY OF THE ILLINOIS DEPARTMENT OF CORRECTIONS (IDOC), HE HAD BEEN IN CUSTODY OF THE LAKE COUNTY SHERIFF'S DEPARTMENT/JAIL DIVISION SINCE HIS INITIAL ARREST. THE COMPUTATION OF THE DAYS OF CUSTODY WITH THE JAIL ARE AS FOLLOWS:

| DATE BOOKED IN | DATE RELEASED | TOTAL DAYS HELD |
|---|---|---|
| 7/24/07 | 08/03/2007 | 11 |
| | | 0 |
| | | 0 |
| | | 0 |
| | | |
| | | |
| | | |
| | | |
| | | |

| **TOTAL DAY IN CUSTODY** | | **11** |
|---|---|---|

**LIEUTENANT OF CORRECTIONS**

U:\Jail\Secretary\Secretary\DOC Shipments\DOC Merge Sheet - MALE.docLake County09/02/07

Ex hibits

R72153

CCN

# IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT
## KANE COUNTY, ILLINOIS

Case No. _06 CF 407_

| | | |
|---|---|---|
| *State* <br> Plaintiff(s) | *Daniel R. Kellogg* <br> Defendant(s) | |
| *Conforti* <br> Plaintiff(s) Atty. | *Benjamin* <br> Defendant(s) Atty. | |
| Judge *Weir* | Court Reporter *Deb G.* | Deputy Clerk *Lisa* |

A copy of this order ☐ should be sent ☐ has been sent

☐ Plaintiff Atty. ☐ Defense Atty. ☐ Other _____

File Stamp

## JUDGMENT ORDER
### Illinois Department of Corrections

Crime For Which Defendant Convicted:
*Theft ( cl. 3 )*

Chapter and Section:
*720 ILCS 5/16-1(a)(2)*

Date of Offense: *12-12-2005*

Credit for Time Served: *5.25.06 ~ 17.7.06*

☒ Kane County Jail:
____*44*____ Day(s) _____ Month(s) ☐ NONE

☐ Other Credit: _____
(Type/Place/Agency)

_____ Day(s) _____ Month(s) ☐ NONE

Costs of These Proceedings:

Fine _____ $ _____

Sheriff's Costs _____ $ _____

Sub-total $ _____ (A)

Bond on Deposit $ _____

Less 10% (if applicable) ($ _____ )

Credit Amount ($ _____ )(B)

BALANCE DUE (A-B) $ _____

Balance Due:
☐ Instanter ☐ _____ (date)

Sentence of the Court:
_____ Day(s) *48* Month(s) ☐ NONE

☒ Concurrent ☐ Consecutive with Case Number(s):
*06 CF 158 ( Kane County )*
*and 05 CF 3730 ( Lake County )*

☐ Finding of guilty but mentally ill

Municipality of Arrest (if over 25,000 pop.):

THE COURT being advised in the premises:

IT IS HEREBY ORDERED that the defendant named herein is guilty of the crime set forth in this case; and,

IT IS FURTHER ORDERED that the defendant be given credit for such time served as determined by the Court; and, that the defendant pay all costs of these proceedings.

NOW, THEREFORE, is Ordered, Adjudged and Decreed that the defendant be sentenced to the Illinois Department of Corrections for the crime he/she stands convicted, for a term of days, months or years as set forth herein; and,

FURTHER, that the defendant be taken from the bar of this Court to the Kane County Jail, and from there, by the Sheriff of Kane County, to the nearest reception and classification center of the Illinois Department of Corrections, and the Illinois Department of Corrections is hereby required and commanded to take the body of defendant and confine him/her in a Penitentiary or State Penal Farm, according to the law, from and after delivery thereof until discharged according to law, provided such term of imprisonment shall be not less than nor more than the term of days, months or years for which the defendant stands convicted.

Date: _6-1-07_

Judge: _____

A true copy of the original on file in my office.

Attested to this _6-1-07_

**DEBORAH SEYLLER**
Clerk of the Circuit Court
Kane County, Illinois

By _____
Deputy Clerk

DKIDOC

Ex h;b;ts    NS-B-04

## SINGLE OR CONCURRENT DETERMINATE SENTENCES UNDER 1978 LAW AND JAIL CREDIT

NAME _Daniel Killogg_    NUMBER _K72153_    DATE _6.14.07_

**(STEP 1) (A)**

Yr. Mo. Day
```
 06. 7. 7
-06- 5. 25    (Rel. on Bond, Etc.)
              (Arrest Date)
    1-12      (Jail Credits)
+      1      (Add 1 Day)
   1-13       (Jail Credits)
```

**STEP 1) (B)**

Yr. Mo. Day
```
-             (Rel. on Bond, Etc.)
              (Arrest Date)
              (Jail Credits)
+      1      (Add 1 Day)
              (Jail Credits)
```

**(STEP 1) (C)**

Yr. Mo. Day
```
-             (Rel. on Bond, Etc.)
              (Arrest Data)
              (Jail Credits)
+      1      (Add 1 Day)
              (Jail Credits)
```

**(STEP 1) (D)**

Yr. Mo. Day
```
-             (Rel. on Bond, Etc.)
              (Arrest Date)
              (Jail Credits)
+      1      (Add 1 Day)
              (Jail Credits)
```

**(STEP 2)**

Yr. Mo. Day
```
              (Jail Credits-A)
+             (Jail Credits-B)
+             (Jail Credits-C)
+             (Jail Credits-D)
              (Total Jail Credits)
```

**(STEP 3)**

Yr. Mo. Day
```
 07- 6. 1     (Old Custody/
              Sentence Date)
-    1 .13    (Total Jail Credits)
 07-4-18      (New Custody Date)
```

**(STEP 4)** MITTIMUS NO. _06CF407_

PROJECTED OUT DATE

Yr. Mo. Day
```
 07- 4-18     (New Custody Date)
+    8 . 0 . 0 (Sentence Less
              GCC)
 09-4-18      (Projected Out Date)
+ or -        (Previous Time
              Lost/Awarded)
 09-4-18      (Adj.Proj.Out Date)
```

**(STEP 5)**

MANDATORY OUT DATE

Yr. Mo. Day
```
 07. 4 .18    (New Custody Date)
+    4 .0 . 0 (Sentence)
 11 - 4 -18   (Mandatory OutDate)
```

Adj. Proj. Out Date _4 . 18 . 09_    Terminal Operator _____
Mandatory Out Date _4 . 18 . 11_    Date Entered _____
Calculated By _____

DC 1321 (Rev 10/96 )
IL 426-00521

Not Controlling

Exhibits

K72153

# IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT CCN
## KANE COUNTY, ILLINOIS
Case No. 06 CF 0158

| | | |
|---|---|---|
| Plaintiff(s) State | Defendant(s) Daniel Kellogg | |
| Plaintiff(s) Atty. D. Conforti | Defendant(s) Atty. M. Benjamin | |
| Judge Weir | Court Reporter Deb. G | Deputy Clerk Lisa |

A copy of this order ☐ should be sent ☐ has been sent

☐ Plaintiff Atty. ☐ Defense Atty. ☐ Other _____

File Stamp

## JUDGMENT ORDER
### Illinois Department of Corrections

Crime For Which Defendant Convicted:
**Theft (cl 4)**

Chapter and Section:
**720 ILCS 5/16-1(a)(2)**

Date of Offense: **12.14.05**

Credit for Time Served: **5.17.06 - 7.7.06**

☒ Kane County Jail:
**52** Day(s) _____ Month(s) ☐ NONE

☐ Other Credit: _____
_____ (Type/Place/Agency)
_____ Day(s) _____ Month(s) ☐ NONE

Costs of These Proceedings:
Fine $ _____
Sheriff's Costs $ _____
Sub-total $ _____ (A)

Bond on Deposit $ _____
Less 10% (if applicable) ($ _____ )
Credit Amount ($ _____ ) (B)

BALANCE DUE (A-B) $ _____

Balance Due:
☐ Instanter ☐ _____ (date)

Sentence of the Court:
_____ Day(s) **48** Month(s) ☐ NONE

☒ Concurrent ☐ Consecutive with Case Number(s):
**06 CF 407 Kane County**
**05 CF 3730 Lake County**

☐ Finding of guilty but mentally ill

Municipality of Arrest (if over 25,000 pop.):

THE COURT being advised in the premises:

IT IS HEREBY ORDERED that the defendant named herein is guilty of the crime set forth in this case; and,

IT IS FURTHER ORDERED that the defendant be given credit for such time served as determined by the Court; and, that the defendant pay all costs of these proceedings.

NOW, THEREFORE, is Ordered, Adjudged and Decreed that the defendant be sentenced to the Illinois Department of Corrections for the crime he/she stands convicted, for a term of days, months or years as set forth herein; and,

FURTHER, that the defendant be taken from the bar of this Court to the Kane County Jail, and from there, by the Sheriff of Kane County, to the nearest reception and classification center of the Illinois Department of Corrections, and the Illinois Department of Corrections is hereby required and commanded to take the body of the defendant and confine him/her in a Penitentiary or State Penal Farm, according to the law, from and after delivery thereof until discharged according to law, provided such term of imprisonment shall be not less than nor more than the term of days, months or years for which the defendant stands convicted.

Date: **6.1.07**

Judge: _____

A true copy of the original on file in this office.

Attested to this **6-1-07**

DEBORAH SEYLLER
Clerk of the Circuit Court
Kane County, Illinois

By _____
Deputy Clerk

DKIDOC

Exhibits

**SINGLE OR CONCURRENT DETERMINATE SENTENCES UNDER 1978 LAW AND JAIL CREDIT**

NAME *Daniel Kellogg*  NUMBER *B72153*  DATE *6·14·07*

**(STEP 1) (A)**

Yr. Mo. Day

```
  06- 7· 7
- 06· 5·11    (Rel. on Bond, Etc.)
             (Arrest Date)
   1·20      (Jail Credits)
+     1      (Add 1 Day)
   1·21      (Jail Credits)
```

**STEP 1) (B)**

Yr. Mo. Day

```
-             (Rel. on Bond, Etc.)
              (Arrest Date)
              (Jail Credits)
+     1       (Add 1 Day)
              (Jail Credits)
```

**(STEP 1) (C)**

Yr. Mo. Day

```
-             (Rel. on Bond, Etc.)
              (Arrest Date)
              (Jail Credits)
+     1       (Add 1 Day)
              (Jail Credits)
```

**(STEP 1) (D)**

Yr. Mo. Day

```
-             (Rel. on Bond, Etc.)
              (Arrest Date)
              (Jail Credits)
+     1       (Add 1 Day)
              (Jail Credits)
```

**(STEP 2)**

Yr. Mo. Day

```
+             (Jail Credits-A)
+             (Jail Credits-B)
+             (Jail Credits-C)
+             (Jail Credits-D)
              (Total Jail Credits)
```

**(STEP 3)**

Yr. Mo. Day

```
   07·6·1     (Old Custody/
              Sentence Date)
-     1·21    (Total Jail Credits)
   07·4·10    (New Custody Date)
```

**(STEP 4)** MITTIMUS NO. *06CF0158*

PROJECTED OUT DATE

Yr. Mo. Day

```
   07·4·10    (New Custody Date)
              (Sentence Less)
+  2·0·0      GCC)
   09·4·10    (Projected Out Date)
              (Previous Time
+ or -        Lost/Awarded)
   09·4·10    (Adj.Proj.Out Date)
```

**(STEP 5)**

MANDATORY OUT DATE

Yr. Mo. Day

```
   07·4·10    (New Custody Date)
+  4·0·0      (Sentence)
   11·4·10    (Mandatory OutDate)
```

---

Adj. Proj. Out Date _4·10·09_

Mandatory Out Date _4·10·011_

Calculated By _____

Terminal Operator _____

Date Entered _____

DC 1321 (Rev 10/96.)
IL 426-00521

*Not Controlling*

Exhibits

N3 B15

**SINGLE OR CONCURRENT DETERMINATE SENTENCES UNDER 1978 LAW AND JAIL CREDIT**

NAME _Daniel Bellogg_     NUMBER _D72153_     DATE _2-13-08_

### (STEP 1) (A)

Yr. Mo. Day

| | | |
|---|---|---|
| - | | (Rel. on Bond, Etc.) |
| | | (Arrest Date) |
| | | (Jail Credits) |
| + | 1 | (Add 1 Day) |
| | | (Jail Credits) |

### STEP 1) (B)

Yr. Mo. Day

| | | |
|---|---|---|
| - | | (Rel. on Bond, Etc.) |
| | | (Arrest Date) |
| | | (Jail Credits) |
| + | 1 | (Add 1 Day) |
| | | (Jail Credits) |

### (STEP 1) (C)

Yr. Mo. Day

| | | |
|---|---|---|
| - | | (Rel. on Bond, Etc.) |
| | | (Arrest Date) |
| | | (Jail Credits) |
| + | 1 | (Add 1 Day) |
| | | (Jail Credits) |

### (STEP 1) (D)

Yr. Mo. Day

| | | |
|---|---|---|
| - | | (Rel. on Bond, Etc.) |
| | | (Arrest Date) |
| | | (Jail Credits) |
| + | 1 | (Add 1 Day) |
| | | (Jail Credits) |

### (STEP 2)

Yr. Mo. Day

| | | |
|---|---|---|
| + | | (Jail Credits-A) |
| + | | (Jail Credits-B) |
| + | | (Jail Credits-C) |
| + | | (Jail Credits-D) |
| | | (Total Jail Credits) |

### (STEP 3)

_310 days_

Yr. Mo. Day

| | | |
|---|---|---|
| | 08-2-7 | (Old Custody/ Sentence Date) |
| - | 1-0-10 | (Total Jail Credits) |
| | 07-1-27 | (New Custody Date) |

05C22011101

**(STEP 4)** MITTIMUS NO. _05C 22 01120 1_

PROJECTED OUT DATE

Yr. Mo. Day

| | | |
|---|---|---|
| | 07-1-27 | (New Custody Date) |
| + | 2-0-0 | (Sentence Less) GCC) |
| | 09-1-27 | (Projected Out Date) |
| + or - | — | (Previous Time Lost/Awarded) |
| | 09-1-27 | (Adj.Proj.Out Date) |

### (STEP 5)

MANDATORY OUT DATE

Yr. Mo. Day

| | | |
|---|---|---|
| | 07-1-27 | (New Custody Date) |
| + | 4-0-0 | (Sentence) |
| | 11-1-27 | (Mandatory OutDate) |

---

Adj. Proj. Out Date ___1-27-09___     Terminal Operator _____
Mandatory Out Date ___1-27-11___     Date Entered _____
Calculated By _____

DC 1321 (Rev 10/96 )
IL 426-00521

_Controlling - we will write to apply MGT._

Exhibits

IN THE CIRCUIT COURT OF COOK COUNTY

K72153
CEN

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF ILLINOIS | ) | CASE NUMBER     05C22011201 |
| V. | ) | DATE OF BIRTH   09/13/74 |
| DANIEL        KELLOGG | ) | DATE OF ARREST  10/16/04 |
| Defendant | | IR NUMBER _____ SID NUMBER 032833260 |

### ORDER OF COMMITMENT AND SENTENCE TO
### ILLINOIS DEPARTMENT OF CORRECTIONS
=============================================

The above named defendant having been adjudged guilty of the offense(s) enumerated below is hereby sentenced to the Illinois Department of Corrections as follows:

| Count | Statutory Citation | Offense | | Sentence | | Class |
|---|---|---|---|---|---|---|
| 001 | 720-5/16-1(a)(1) | THEFT/UNAUTHD CONTROL/>300<10K | YRS. 004 | MOS.00 | | 3 |

and said sentence shall run concurrent with count(s) ___ ___ ___ ___

_____  _____  YRS. _____ MOS. _____ ____

and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on:

_____  _____  YRS. _____ MOS. _____ ____

and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on:

_____  _____  YRS. _____ MOS. _____ ____

and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on:

_____  _____  YRS. _____ MOS. _____ ____

and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on:

On Count ___ defendant having been convicted of a class _ offense is sentenced as a class x offender pursuant TO 730 ILCS 5/5-5-3(C)(8).

On Count ___ defendant is sentenced to an extended term pursuant to 730 ILCS 5/5-8-2.

The Court finds that the defendant is entitled to receive credit for time actually served in custody for a total credit of 0370 days as of the date of this order

IT IS FURTHER ORDERED that the above sentence(s) be concurrent with the sentence imposed in case number(s) 05C22011101  05CF3730____  06CF158____  06CF407,448 AND: consecutive to the sentence imposed under case number(s)

_____  _____  _____  _____

IT IS FURTHER ORDERED THAT WQ&R, BOND REVOKED, MITT TO ISSUE, GOOD TIME DAY FOR DAY ____ CREDIT, 1 YEAR MSR, APPEAL RIGHTS GIVEN, CONCURRENT WITH 05C22011101,_____ 05CF3730,06CF158,06CF407,06CF448._____

IT IS FURTHER ORDERED that the Clerk provide the Sheriff of Cook County with a copy of this Order and that the Sheriff takes the defendant into custody and deliver him/her to the Illinois Department of Corrections and that the Department take him/her into custody and confine him/her in a manner provided by law until the above sentence is fulfilled.

DATED   FEBRUARY 07, 2008         ENTER: 02/07/08

**ENTERED**
JUDGE GARRITT HOWARD -1628
FEB - 7 2008
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

CERTIFIED BY  S RAJARM
              DEPUTY CLERK

JUDGE: HOWARD, GARRITT E.                    1628

SKP6 02/07/08 12:20:55

CCG N305

Exhibits

IN THE CIRCUIT COURT OF COOK COUNTY

K72153
Cen

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF ILLINOIS | ) | CASE NUMBER      05C22011101 |
| V. | ) | DATE OF BIRTH    09/13/74 |
| DANIEL        KELLOGG | ) | DATE OF ARREST   10/18/04 |
| Defendant | | IR NUMBER _____ SID NUMBER 032833260 |

## ORDER OF COMMITMENT AND SENTENCE TO
## ILLINOIS DEPARTMENT OF CORRECTIONS
================================

The above named defendant having been adjudged guilty of the offense(s) enumerated below is hereby sentenced to the Illinois Department of Corrections as follows:

| Count | Statutory Citation | Offense | Sentence | | Class |
|---|---|---|---|---|---|
| 001 | 720-5/16-1(a)(1) | THEFT/UNAUTHD CONTROL/>300<10K | YRS. 004 | MOS.00 | 3 |
| | and said sentence shall run concurrent with count(s) ___ ___ ___ ___ | | | | |
| | | | YRS. _____ | MOS. _____ | _____ |
| | and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on: | | | | |
| | | | YRS. _____ | MOS. _____ | _____ |
| | and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on: | | | | |
| | | | YRS. _____ | MOS. _____ | _____ |
| | and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on: | | | | |
| | | | YRS. _____ | MOS. _____ | _____ |
| | and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on: | | | | |

On Count ____ defendant having been convicted of a class _ offense is sentenced as a class x offender pursuant TO 730 ILCS 5/5-5-3(C)(8).

On Count ____ defendant is sentenced to an extended term pursuant to 730 ILCS 5/5-8-2.

The Court finds that the defendant is entitled to receive credit for time actually served in custody for a total credit of 0370 days as of the date of this order

IT IS FURTHER ORDERED that the above sentence(s) be concurrent with the sentence imposed in case number(s)  05C22011201  06CF158____  06CF407,448  05CF3730.__ AND: consecutive to the sentence imposed under case number(s) _____

IT IS FURTHER ORDERED THAT WQ&R, BOND REVOKED, MITT TO ISSUE, 1 YEAR MSR, GOOD TIME DAY FOR DAY CREDIT, APPEAL RIGHTS GIVEN.CONCURRENT WITH 05C22011201,06CF158,_____ 06CF407,06CF448,05CF3730.

IT IS FURTHER ORDERED that the Clerk provide the Sheriff of Cook County with a copy of this Order and that the Sheriff take the defendant into custody and deliver him/her to the Illinois Department of Corrections and that the Department take him/her into custody and confine him/her in a manner provided by law until the above sentence is fulfilled.

DATED    FEBRUARY 07, 2008

ENTERED
JUDGE GARRITT HOWARD · 1628
FEB - 7 2008
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

DER: 02/07/08

CERTIFIED BY  S RAJARM
        DEPUTY CLERK

JUDGE  HOWARD, GARRITT B.        1628

SKP6 02/07/08 12:18:21

CCG N305

*EXhibits*

STATE OF ILLINOIS     )
                      ) SS
COUNTY OF LAKE        )

**FILED**

MAY 19 2008

*Sally S. Coffelt*
CIRCUIT CLERK

### IN THE CIRCUIT COURT OF THE NINETEENTH
### JUDICIAL CIRCUIT, LAKE COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS  )
                                     )
                VS.                  )     CASE NUMBER 05CF3730
                                     )
         DANIEL R. KELLOGG           )

### ORDER

    It appearing to the Court that the above-named defendant desires to appeal from the Order entered by the Court on _____ December 11, 2006 _____, and that the defendant is indigent and requests the appointment of counsel,

            IT IS THEREFORE ORDERED THAT:
                    THOMAS A. LILIEN
                    STATE APPELLATE DEFENDER AGENCY
                    Second Judicial District
                    2010 Larkin Ave.
                    Elgin, Illinois 60123

is hereby appointed to represent the above-named defendant for purposes of appeal.

    IT IS FURTHER ORDERED that the Clerk of this Court shall prepare and file a Notice of Appeal on behalf of the above-named defendant, and shall send a copy of the Notice of Appeal to the defendant's counsel.

    IT IS FURTHER ORDERED that the Official Shorthand Reporter(s) of this Court

Caren Rapinchuk, Stuart Klein, Joanne Meier, Lauren Deboer, Suzie Nolan, Marianne Ligenza, Colleen Eltermann,

Vernita Allen Williams, Marie Shaykin, Candy Sartwell, Jan Mosley, Linda Pollman,

_____

shall:
            (A) Forthwith transcribe an original and copy of all notes taken of the proceedings in the above-entitled cause;
            (B) Without charge to the defendant and within 49 days from the date of the Notice of Appeal is filed, file the original of the Report of Proceedings with the Clerk of this Court and on the same day mail or deliver the copy of the Report of Proceedings to the defendant, and
            (C) Within ten days thereafter, file in writing in open Court a Report of Compliance with this Order.
    IT IS FURTHER ORDERED that the Clerk of this Court shall:
            (A) Send a copy of this Order to the defendant and to defendant's counsel;
            (B) Prepare and certify the Record on Appeal pursuant to Supreme Court Rules 324 and 608;

REPORT : P12

LAKE COUNTY CIRCUIT CLERK
COURT REPORTERS LIST

DATE: 05/19/08
PAGE: 3

0SCF00003730

APPEAL FILED 12/03/2007

| COURT APPEARANCE DATE | PRESIDING JUDGE | COURT REPORTER |
|---|---|---|
| 02/08/2008 | | |
| 02/11/2008 | PHILLIPS, JOHN T. | |
| 02/13/2008 | | |
| 02/15/2008 | | |
| 02/18/2008 | PHILLIPS, JOHN T. | |
| 02/20/2008 | PHILLIPS, JOHN T. | |
| 04/17/2008 | | KLEIN, STUART |
| 04/18/2008 | PHILLIPS, JOHN T. | RAPINCHUK, CAREN |
| 05/01/2008 | PHILLIPS, JOHN T. | RAPINCHUK, CAREN |
| 05/19/2008 | PHILLIPS, JOHN T. | RAPINCHUK, CAREN |

*** REPORT COMPLETED SUCCESSFULLY ***

Exhibits

Exhibit 5

STATE OF ILLINOIS    )
                      ) SS

COUNTY OF LAKE    )

IN THE CIRCUIT COURT OF THE NINETEENTH
JUDICIAL CIRCUIT, LAKE COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS )
                                    )
               VS.          )   GEN. NO. _____ 05CF3730 _____
      DANIEL R. KELLOGG    )

## NOTICE OF APPEAL

An Appeal is taken from the Order described below.

(1) Court to which Appeal is taken: __Appellate Court - Second District__

(2) Name of Appellant and address to which notices shall be sent.

Name: Daniel R. Kellogg K72153 - Centralia Correctional Center

Address: P. O. Box 7711, Centralia, IL. 62801

(3) Name and address of Appellant's attorney on appeal.

Name: Mr. Thomas A. Lilien, Deputy Appellate Defender

Address: 2010 Larkin Avenue, Elgin, IL. 60123

If Appellant is indigent and has no attorney, does he want one appointed? Yes

(4) Date of Judgment Order: December 11, 2006

(5) Offense of which convicted: Theft

(6) Sentence: 41/2 years in the Department of Corrections, court costs, testing

(7) If appeal is not from a conviction, nature of Order appealed from: Denial of Motion for Order Nunc Pro Tunc

(Signed) _Sally Coffelt_

(May be signed by appellant, attorney for
appellant, or Clerk of the Circuit Court)

FILED

MAY 19 2008

_Sally A. Coffelt_

171-89 Rev 2/01

Exhibits

(C) File the Record on Appeal in the reviewing Court within 63 days from the date the Notice of Appeal is filed, or file a Certificate in Lieu of Record pursuant to Supreme Court Rule 325 and send the Record on Appeal to the defendant's counsel; and

(D)   Within ten days thereafter, file in writing in open Court a Report of Compliance with this Order.

ENTER:

Dated at Waukegan, Illinois this

__19th__ day of ___May___ , 20 __08__ .





# OFFICE OF THE STATE APPELLATE DEFENDER
## SECOND JUDICIAL DISTRICT
**2010 LARKIN AVENUE**
**ELGIN, ILLINOIS 60123**

**THOMAS A. LILIEN**
DEPUTY DEFENDER

**JAIME L. MONTGOMERY**
ASSISTANT DEFENDER

TELEPHONE: (847) 695-8822
FAX: (847) 695-8959

WWW SITE: http://www.state.il.us/defender/

August 14, 2008

Mr. Daniel R. Kellogg
Register No. K-72153
Centralia Correctional Center
P.O. Box 7711
Centralia, IL 62801

Dear Mr. Kellogg:

The State has filed its response to our motion for additional credit against your sentence. A copy is enclosed for you. The State agrees that you are entitled to credit for the day you were first arrested. The State argues, however, that the record is not clear enough to determine whether you are entitled to credit for July 11, 12, and 13, 2006. We must now wait to see what the Appellate Court decides. I will send you a copy of the Court's decision as soon as I receive it. If you have any questions, please write me a letter.

Sincerely,

Jaime L. Montgomery

Jaime L. Montgomery



AUG 1 3 2009            NO. 2-08-0458

OFFICE OF THE STATE
APPELLATE DEFENDER      IN THE
ELGIN, ILLINOIS
APPELLATE COURT OF THE STATE OF ILLINOIS

SECOND JUDICIAL DISTRICT

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, | ) | Appeal from the Circuit Court |
| | ) | of the 19th Judicial Circuit, |
| Plaintiff-Appellee, | ) | Lake County, Illinois. |
| | ) | |
| -vs- | ) | No. 05 CF 3730 |
| | ) | |
| DANIEL R. KELLOGG, | ) | Honorable |
| | ) | John T. Phillips, |
| Defendant-Appellant. | ) | Judge Presiding. |

## NOTICE OF FILING

TO:    Thomas A. Lilien, Deputy Defender
       Jaime L. Montgomery, Assistant Defender
       Office of the State Appellate Defender
       2010 Larkin Avenue
       Elgin, Illinois 60123

PLEASE TAKE NOTICE that I have on August 13, 2008, caused to be filed in the Office of the Clerk of the Appellate Court of Illinois, Second District, six copies of appellee's brief and argument in the above entitled cause and hereby serve you with three copies of same.

_For the State's Attorney_

## CERTIFICATE OF ATTORNEY

The undersigned, an attorney, certifies that (s)he served copies of the above-filed document on the person(s) to whom directed above by causing same to be deposited in the United States Mail in Elgin, Illinois, in a properly addressed, stamped and sealed envelope on August 13, 2008.

Richard S. London

*Exhibits*

N3 B15

MERITORIOUS GOOD TIME WHEN SENTENCE IS DETERMINATE UNDER 1978 LAW

NAME _Daniel Kellogg_ NUMBER _K73153_ DATE _2·22·08_

(STEP 1)

Yr Mo Day

_54_ (Meritorious Good Time Awarded
By Director On _2-19-08_ )

_CSC 220 1101_

(STEP 2) (MITTIMUS NUMBER _CSC 220 112C1_)

PROJECTED OUT DATE

Yr Mo Day

|  |  |  |  |
|---|---|---|---|
| 07 | 1 | 27 | (Custody Date) |
| + 2 |  |  | (Sentence Less G.C.C.) |
| 09 | 1 | 27 | (Projected Out Date or PRB Projected Out Date) |
| + or - |  |  | (Previous Time - Lost/Awarded) |
| 09 | 1 | 27 | (Projected Out Date) |
| - |  | 24 | (Meritorious Good Time) |
| 08 | 12 | 03 | (Adjusted Projected Out Date) |

(NOTATION)

Yr Mo Day

|  |  |  |  |
|---|---|---|---|
|  |  |  | (Recustody Date) |
|  |  |  | (Bond, Escape, Etc.) |
|  |  |  | (Time Lost) |

Adj. Proj. Out Date _12·3·08_ Terminal Operator _KE_

Calculated By _S Evans_ Date Entered _2·22·08_

DC 1329(Rev. 10/96)
IL 426-00529

_Not Controlling._

Exhibits

IN THE CIRCUIT COURT OF __Lake__ COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS )
)
              Plaintiff, )
)   Case No. __05CF3730__
      vs )
)
__Daniel Kellogg__ )
        Defendant.

## MOTION FOR ORDER NUNC PRO TUNC

### Correcting Omission in Previous Order

    COMES NOW the defendant, __Daniel Kellogg__, pro se, and respectfully moves this Honorable Court to enter and issue an Order Nunc Pro Tunc, correcting the mittimus issued in the above-captioned matter. Said Order will provide that the defendant receive credit for time served towards the sentence imposed by this Court and will be released in a timely manner upon completion of his/her sentence. In support of said motion, the defendant states as follows:

    1. Defendant was sentenced to serve __4 yr 6 mo__ by Judge __Phillips__ for the Circuit Court of __Lake__ County on __03-15-07__.

    2. The mittimus issued by the Court at the time of sentencing failed to reflect the time the defendant had spent in custody prior to being sentenced. (Copy of mittimus is attached to this motion.)

    3. 730 ILCS 5/5-8-7 (b) (c) provides that "The offender shall be given credit on the determinate sentence or maximum term and the minimum period of imprisonment for time spent in custody as a result of the offense for which the sentence was imposed, at the rate specified in Section 3-6-3 of this Code. An offender arrested on one charge and prosecuted on another charge for conduct which occurred prior to his arrest shall be given credit on the determinate sentence or maximum term and the minimum term of imprisonment for time spent in custody under the former charge not credited against another sentence."

    4. Pursuant to the above cited statute, the defendant is entitled to __142__ credit as time served against case no. __05CF3730__. To wit:

    (a) Defendant was incarcerated at the __Lake__ County Jail from __3-5-06__ to __7-25-06__, a total of __142__ days.

Revised Jan 2002

Exhibits

(b) Credit for days served have not been applied toward any other sentence.

WHEREFORE, defendant _Daniel Kellogg_ moves the court to issue and enter an order Nunc Pro Tunc, correcting defendant's mittimus to reflect credit for all time served against the imposed sentence; and that a copy of said Order and Corrected Mittimus be forwarded to the Records Office at _Centralia_ Correctional Center.

Respectfully submitted,

_Daniel Kellogg_
Defendant, pro se

Signed before me this _9th_ day of _May_, _2008_.

_Larry B. Taylor_
Notary Public

```
OFFICIAL SEAL
LARRY B. TAYLOR
Notary Public   State of Illinois
My Commission Expires Feb 25, 2012
```

Exhibits

IN THE CIRCUIT COURT OF _Lake_ COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS )
                                 )
                    Plaintiff,   )
                                 )
        vs.                      )    Case No. _05CF3730_
                                 )
                    Defendant.   )
_Daniel Kellogg_                 )

_____

### ORDER

IT IS HEREBY ORDERED that the mittimus issued in the above-captioned

case be corrected to reflect credit for all days served against same.

DATED:_____        _____
                                   Chief Judge Presiding

Revised Jan 2002

Exhibits

IN THE
Nineteeth Judical
Lake County

People of Illinois
Plaintiff,                          )
                                    )
                                    )    Case No. 05 CF 3730
        v.                          )
                                    )
Daniel Kellogg                      )
Defendant                           )

## PROOF/CERTIFICATE OF SERVICE

TO: Lake County Clerks        TO: Lake County States Attorney

18 N County St,               18 N County St.

Woukegan, IL 60085            Waukegan, IL 60085

PLEASE TAKE NOTICE that on __5-09__, 20_08_ I have placed the
documents listed below in the institutional mail at __Centralia__ Correctional Center,
properly addressed to the parties listed above for mailing through the United States Postal
Service: __Motion for Order Nunc Pro Tunc__

_____Proposed Order_____

_____

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of
perjury, that I am a named party in the above action, that I have read the above
documents, and that the information contained therein is true and correct to the best of my
knowledge.

DATE: 5-9-08

/s/ Daniel Kellogg
NAME: Daniel Kellogg
IDOC#: K72153
__Centralia__ Correctional Center
P.O. BOX _7711_
_____Centralia_____, IL _62801_

Revised Jan 2002

Exhibits

FILED

STATE OF ILLINOIS      )
                       ) SS
COUNTY OF LAKE         )

MAY 19 2008

*Sally A. Coffelt*
CIRCUIT CLERK

### IN THE CIRCUIT COURT OF THE NINIETEENTH
### JUDICIAL CIRCUIT, LAKE COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS )
                                    )
                 VS.                )    CASE NUMBER  05CF3730
                                    )
        DANIEL R. KELLOGG           )

### ORDER

It appearing to the Court that the above-named defendant desires to appeal from the Order entered by the Court on _____ December 11, 2006 _____, and that the defendant is indigent and requests the appointment of counsel,

IT IS THEREFORE ORDERED THAT:
                    THOMAS A. LILIEN
                    STATE APPELLATE DEFENDER AGENCY
                    Second Judicial District
                    2010 Larkin Ave.
                    Elgin, Illinois 60123

is hereby appointed to represent the above-named defendant for purposes of appeal.

IT IS FURTHER ORDERED that the Clerk of this Court shall prepare and file a Notice of Appeal on behalf of the above-named defendant, and shall send a copy of the Notice of Appeal to the defendant's counsel.

IT IS FURTHER ORDERED that the Official Shorthand Reporter(s) of this Court

Caren Rapinchuk, Stuart Klein, Joanne Meier, Lauren Deboer, Suzie Nolan, Marianne Ligenza, Colleen Eitermann,

Vernita Allen Williams, Marie Shaykin, Candy Sartwell, Jan Mosley, Linda Pollman,

shall:
                    (A) Forthwith transcribe an original and copy of all notes taken of the proceedings in the above-entitled cause;
                    (B) Without charge to the defendant and within 49 days from the date of the Notice of Appeal is filed, file the original of the Report of Proceedings with the Clerk of this Court and on the same day mail or deliver the copy of the Report of Proceedings to the defendant, and
                    (C) Within ten days thereafter, file in writing in open Court a Report of Compliance with this Order.
IT IS FURTHER ORDERED that the Clerk of this Court shall:
                    (A) Send a copy of this Order to the defendant and to defendant's counsel;
                    (B) Prepare and certify the Record on Appeal pursuant to Supreme Court Rules 324 and 608;

Exhibits

(C) File the Record on Appeal in the reviewing Court within 63 days from the date the Notice of Appeal is filed, or file a Certificate in Lieu of Record pursuant to Supreme Court Rule 325 and send the Record on Appeal to the defendant's counsel; and

(D)    Within ten days thereafter, file in writing in open Court a Report of Compliance with this Order.

ENTER:

Dated at Waukegan, Illinois this

_____19th_____ day of _____May_____, 20 _08____.

Exhibits

STATE OF ILLINOIS      )
                       ) SS
COUNTY OF LAKE         )

IN THE CIRCUIT COURT OF THE NINETEENTH
JUDICIAL CIRCUIT, LAKE COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS )
                                    )
                        VS.         )    GEN. NO. _____ 05CF3730 _____
                 DANIEL R. KELLOGG  )

## NOTICE OF APPEAL

An Appeal is taken from the Order described below.

(1) Court to which Appeal is taken: __Appellate Court - Second District__

_____

(2) Name of Appellant and address to which notices shall be sent.

Name: _Daniel R. Kellogg K72153 - Centralia Correctional Center_

Address: _P. O. Box 7711, Centralia, IL  62801_

(3) Name and address of Appellant's attorney on appeal.

Name: _Mr. Thomas A. Lilien, Deputy Appellate Defender_

Address: _2010 Larkin Avenue, Elgin, IL  60123_

If Appellant is indigent and has no attorney, does he want one appointed? Yes

(4) Date of Judgment Order: December 11, 2006

(5) Offense of which convicted: Theft

(6) Sentence: 41/2 years in the Department of Corrections, court costs, testing

(7) If appeal is not from a conviction, nature of Order appealed from: Denial of Motion for Order

Nunc Pro Tunc

_____

(Signed) _Sally Coffelt_

(May be signed by appellant, attorney for
appellant, or Clerk of the Circuit Court)

FILED

MAY 19 2008

_Sanya Coffelt_

171-89 Rev 2/01

Exhibits

ED02 MQ                        MINUTES QUERY                    04/14/2008

CASE# 05CF00003730 FILED 09/29/2005  STATUS C  STATUS DATE 03/15/2007
TITLE PEOPLE VS KELLOGG                    ARREST AGENCY HIPK BRANCH CE

DATE: 02/20/2008 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE:

        PRESENT:
            PHILLIPS, JOHN T.              PRESIDING JUDGE
            KLEIN, STUART                 COURT REPORTER
            PAPPAS, GEORGE                STATE'S ATTORNEY

        EVENTS:
            RULING                              DENIED

DATE: 02/19/2008 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE:

        PRESENT:
            PHILLIPS, JOHN T.              PRESIDING JUDGE

        EVENTS:
            RULING                         CONTINUED ABSENT
              JUDGE HAS FILE - CASE NOT CALLED

DATE: 02/15/2008 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE:

        EVENTS:
            RULING                         STRICKEN ABSENT
              JUDGE HAS FILE - CASE NOT CALLED

DATE: 02/13/2008 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE:

        EVENTS:
            RULING                         CONTINUED ABSENT
              CASE NOT CALLED

DATE: 02/11/2008 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE:

        PRESENT:
            PHILLIPS, JOHN T.              PRESIDING JUDGE

        EVENTS:
            RULING                         CONTINUED ABSENT
              CASE NOT CALLED

DATE: 02/08/2008 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE: RULING

        EVENTS:
            RULING                         CONTINUED ABSENT
              CASE NOT CALLED

DATE: 02/04/2008 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE:

Exhibits

ED02 MQ                          MINUTES QUERY                          04/14/2008

CASE# 05CF00003730 **FILED** 09/29/2005  STATUS C  STATUS DATE 03/15/2007
TITLE PEOPLE VS KELLOGG                      ARREST AGENCY HIPK BRANCH CE

        EVENTS:
            RULING                                    CONTINUED ABSENT

DATE: 01/28/2008 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE: STATUS

        PRESENT:
            PHILLIPS, JOHN T.               PRESIDING JUDGE
            RAPINCHUK, CAREN                COURT REPORTER
            WALDECK, CATHERINE A.           STATE'S ATTORNEY
            KESSLER, ARTHUR D.              PUBLIC DEFENDER

        EVENTS:
            STATUS                                    CONTINUED ABSENT
                OF DEF'S MOTION - JUDGE HAS FILE

DATE: 01/25/2008 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE:

        PRESENT:
            PHILLIPS, JOHN T.               PRESIDING JUDGE
            MEIER, JOANNE                   COURT REPORTER
            WALDECK, CATHERINE A.           STATE'S ATTORNEY
            KESSLER, ARTHUR D.              PUBLIC DEFENDER

        EVENTS:
            STATUS                                    CONTINUED ABSENT
                OF DEF'S MOTION - JUDGE HAS FILE

DATE: 01/22/2008 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE:

        EVENTS:
            STATUS                               STRICKEN FROM CALL
                OF DEF'S MOTION - JUDGE HAS FILE - CASE NOT CALLED

DATE: 01/18/2008 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE:

        PRESENT:
            PHILLIPS, JOHN T.               PRESIDING JUDGE

        EVENTS:
            STATUS                                    CONTINUED ABSENT
                OF DEF'S MOTION - JUDGE HAS FILE - CASE NOT CALLED

DATE: 01/09/2008 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE: MODF-NUNC PRO TUNC

        PRESENT:
            PHILLIPS, JOHN T.               PRESIDING JUDGE
            DEBOER, LAUREN                  COURT REPORTER
            WALDECK, CATHERINE A.           STATE'S ATTORNEY

ED02 MQ                       MINUTES QUERY                        04/14/2008

CASE# 05CF00003730 FILED 09/29/2005  STATUS C  STATUS DATE 03/15/2007
TITLE PEOPLE VS KELLOGG                     ARREST AGENCY HIPK BRANCH CE


        KESSLER, ARTHUR D.              PUBLIC DEFENDER


      EVENTS:
          MOTION OF DEFENDANT                   CONTINUED ABSENT
            CORRECT MITTIMUS


DATE: 07/30/2007 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE: MOTH


      PRESENT:
          PHILLIPS, JOHN T.              PRESIDING JUDGE
          NOLAN, SUZIE                   COURT REPORTER
          WALDECK, CATHERINE A.          STATE'S ATTORNEY
          KESSLER, ARTHUR D.             PUBLIC DEFENDER
          KELLOGG, DANIEL R.             DEFENDANT


      EVENTS:
          HEARING ON MOTION                     DENIED
            FOR ADDITIONAL 130 DAYS JAIL CREDIT
          MOTION OF STATE                       GRANTED
            TO DISMISS DEF'S PETITION
          WRIT VACATED                          YES PRESENT
          REMAND                                YES PRESENT
            BACK TO THE ILLINOIS DEPARTMENT OF CORRECTIONS


DATE: 07/27/2007 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE: STRICKEN


      EVENTS:
          HEARING ON MOTION                STRICKEN FROM CALL


DATE: 07/24/2007 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE: STCH OF WRIT


      PRESENT:
          POTKONJAK, THEODORE S.         PRESIDING JUDGE
          LIGENZA, MARIANNE              COURT REPORTER
          WALDECK, CATHERINE A.          STATE'S ATTORNEY
          KESSLER, ARTHUR D.             PUBLIC DEFENDER
          KELLOGG, DANIEL R.             DEFENDANT


      EVENTS:
          STATUS OF WRIT                        YES PRESENT
          DEF PRESENT IN CUSTODY                YES PRESENT
            OF THE ILLINOIS DEPARTMENT OF CORRECTIONS
          HEARING DATE SET                      YES PRESENT
          REMAND                                YES PRESENT
            TO THE LAKE COUNTY JAIL WITH NO BOND


DATE: 07/09/2007 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE:

ED02 MQ                          MINUTES QUERY                      04/14/2008

CASE# 05CF00003730 FILED 09/29/2005  STATUS C  STATUS DATE 03/15/2007
TITLE PEOPLE VS KELLOGG                    ARREST AGENCY HIPK BRANCH CE

         PRESENT:
              PHILLIPS, JOHN T.              PRESIDING JUDGE
              NOLAN, SUZIE                   COURT REPORTER
              WALDECK, CATHERINE A.          STATE'S ATTORNEY

         EVENTS:
              STATUS OF WRIT                         CONTINUED ABSENT
              WRIT ISSUED                            YES ABSENT

DATE: 07/05/2007 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE: STCH OF WRIT

         PRESENT:
              PHILLIPS, JOHN T.              PRESIDING JUDGE
              EITERMANN, COLLEEN             COURT REPORTER
              DERUE, STEPHEN M.              STATE'S ATTORNEY

         EVENTS:
              STATUS OF WRIT                         CONTINUED ABSENT

DATE: 06/12/2007 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE:

         PRESENT:
              SHANES, DANIEL B.              PRESIDING JUDGE
              ALLEN WILLIAMS, VERNITA A.     COURT REPORTER
              PAPPAS, GEORGE                 STATE'S ATTORNEY

         EVENTS:
              STATUS                                 CONTINUED ABSENT
              WRIT TO ISSUE                          YES ABSENT
                 STATE TO ISSUE WRIT

DATE: 05/24/2007 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE:

         PRESENT:
              PHILLIPS, JOHN T.              PRESIDING JUDGE
              DEBOER, LAUREN                 COURT REPORTER
              WALDECK, CATHERINE A.          STATE'S ATTORNEY
              KESSLER, ARTHUR D.             PUBLIC DEFENDER

         EVENTS:
              STATUS                                 CONTINUED ABSENT
              WRIT TO ISSUE                          YES ABSENT

DATE: 05/11/2007 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE: STRICKEN

         EVENTS:
              STATUS                                 STRICKEN FROM CALL

ED02 MQ                          MINUTES QUERY                    04/14/2008

CASE# 05CF00003730 FILED 09/29/2005  STATUS C  STATUS DATE 03/15/2007
TITLE PEOPLE VS KELLOGG                      ARREST AGENCY HIPK BRANCH CE


DATE: 05/04/2007 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE:

        EVENTS:
            STATUS                              CONTINUED ABSENT


DATE: 05/03/2007 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE:

        EVENTS:
            STATUS                              CONTINUED ABSENT


DATE: 03/15/2007 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE: SENTENCING

        PRESENT:
            PHILLIPS, JOHN T.             PRESIDING JUDGE
            LIGENZA, MARIANNE             COURT REPORTER
            PRUSANK, CHRISTINE-ANN        STATE'S ATTORNEY
            KESSLER, ARTHUR D.            PUBLIC DEFENDER
            KELLOGG, DANIEL R.            DEFENDANT

        EVENTS:
            SENTENCING                            YES PRESENT
            DEF EXERCISES RIGHT TO ALLOCUTION     YES PRESENT
            DEF ADVISED OF RIGHT TO APPEAL        YES PRESENT
            REMAND                                YES PRESENT
              COURT RECOMMENDS THE DEFENDANT BE PLACED IN A FACILITY WITH THE
              OPPORTUNITY TO RECEIVE RESIDENTIAL DRUG TREATMENT


DATE: 02/20/2007 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE: SENTENCING

        PRESENT:
            PHILLIPS, JOHN T.             PRESIDING JUDGE
            EITERMANN, COLLEEN            COURT REPORTER
            PRUSANK, CHRISTINE-ANN        STATE'S ATTORNEY
            MURPHY, JOHN                  PUBLIC DEFENDER
            KELLOGG, DANIEL R.            DEFENDANT

        EVENTS:
            SENTENCING                            CONTINUED PRESENT
              DEFENDANT IS TO PROVIDE MS. QUINN WITH DOCUMENTS WITHIN (15) DAYS
            MOTION OF DEFENSE                     YES PRESENT
            RELEASED ON CONTINUED BOND            YES PRESENT


DATE: 02/09/2007 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE:

        PRESENT:
            PHILLIPS, JOHN T.             PRESIDING JUDGE
            MEIER, JOANNE                 COURT REPORTER
            PRUSANK, CHRISTINE-ANN        STATE'S ATTORNEY

ED02 MQ                         MINUTES QUERY                    04/14/2008

CASE# 05CF00003730 FILED 09/29/2005  STATUS C   STATUS DATE 03/15/2007
TITLE PEOPLE VS KELLOGG                     ARREST AGENCY HIPK BRANCH CE


          MURPHY, JOHN                PUBLIC DEFENDER
          KELLOGG, DANIEL R.          DEFENDANT


     EVENTS:
          SENTENCING                            CONTINUED PRESENT
          BY AGREEMENT                          YES PRESENT
          RELEASED ON CONTINUED BOND            YES PRESENT


DATE: 01/18/2007 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE: SENTENCING


     PRESENT:
          PHILLIPS, JOHN T.           PRESIDING JUDGE
          SHAYKIN, MARIE              COURT REPORTER
          NERHEIM, MICHAEL            STATE'S ATTORNEY
          MURPHY, JOHN                PUBLIC DEFENDER
          KELLOGG, DANIEL R.          DEFENDANT


     EVENTS:
          SENTENCING                            CONTINUED PRESENT
          RELEASED ON CONTINUED BOND            YES PRESENT


DATE: 12/11/2006 TIME: 09:00A ROOM: C202  CALNDR: TLC NOTE: POSSIBLE PLEA


     PRESENT:
          PHILLIPS, JOHN T.           PRESIDING JUDGE
          SARTWELL, CANDY             COURT REPORTER
          PRUSANK, CHRISTINE-ANN      STATE'S ATTORNEY
          MURPHY, JOHN                PUBLIC DEFENDER
          KELLOGG, DANIEL R.          DEFENDANT


     EVENTS:
          JURY TRIAL                            STRICKEN PRESENT
          ENTER GUILTY PLEA                     YES PRESENT
          BOND MODIFIED                         YES PRESENT
            DEFENDANT IS TO REPORT TO HIS PROBATION OFFICER AFTER COURT -
            24 HOUR CURFEW IS LIFTED - ALL OTHER CONDITIONS OF BOND REMAIN
            IN EFFECT - DEFENDANT CAN GO TO CAROL STREAM FOR CHRISTMAS
            IF APPROVED BY KANE COUNTY - NO DRUGS OR ALCOHOL
          ORDER PRE-SENTENCE INVESTIGATION      YES PRESENT
          SET SENTENCING DATE                   YES PRESENT
          ADVISED OF TRIAL IN ABSENTIA          YES PRESENT
          ADVISED OF SENTENCING IN ABSENTIA     YES PRESENT
          RELEASED ON CONTINUED BOND            YES PRESENT


DATE: 12/04/2006 TIME: 09:00A ROOM: C205  CALNDR: CRM NOTE: C202 CASE


     PRESENT:
          ROSSETTI, VICTORIA A.       PRESIDING JUDGE

Exhibits

MINUTES QUERY

04/14/2008

ED02 MQ

CASE# 05CF00003730 FILED 09/29/2005  STATUS C  STATUS DATE 03/15/2007
TITLE PEOPLE VS KELLOGG                          ARREST AGENCY HIPK BRANCH CE

SARTWELL, CANDY              COURT REPORTER
NERHEIM, MICHAEL             STATE'S ATTORNEY
MURPHY, JOHN                 PUBLIC DEFENDER
KELLOGG, DANIEL R.           DEFENDANT

EVENTS:                                    YES PRESENT
    PRE-TRIAL                              YES PRESENT
    RELEASED ON CONTINUED BOND
        CASE CONTINUED TO PREVIOUSLY SET TRIAL DATE 12/11/06

DATE: 11/30/2006 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE: PRETRIAL

    PRESENT:
        PHILLIPS, JOHN T.           PRESIDING JUDGE
        NOLAN, SUZIE                COURT REPORTER
        PRUSANK, CHRISTINE-ANN      STATE'S ATTORNEY
        LEVI, KAREN                 PUBLIC DEFENDER
        KELLOGG, DANIEL R.          DEFENDANT

    EVENTS:                                CONTINUED PRESENT
        PRE-TRIAL                          YES PRESENT
        402 CONFERENCE                     YES PRESENT
        RELEASED ON CONTINUED BOND

DATE: 11/21/2006 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE: PRETRIAL

    PRESENT:
        PHILLIPS, JOHN T.           PRESIDING JUDGE
        EITERMANN, COLLEEN          COURT REPORTER
        PRUSANK, CHRISTINE-ANN      STATE'S ATTORNEY
        MALIA, KEVIN P.             PUBLIC DEFENDER
        KELLOGG, DANIEL R.          DEFENDANT

    EVENTS:                                CONTINUED PRESENT
        PRE-TRIAL                          YES PRESENT
        RELEASED ON CONTINUED BOND

DATE: 10/30/2006 TIME: 09:00A ROOM: C202  CALNDR: TLC NOTE: STRICKEN FROM CALL

    EVENTS:                                STRICKEN FROM CALL
        JURY TRIAL

DATE: 10/19/2006 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE:

    PRESENT:
        PHILLIPS, JOHN T.           PRESIDING JUDGE
        MOSLEY, JAN                 COURT REPORTER
        PRUSANK, CHRISTINE-ANN      STATE'S ATTORNEY

Exhibits

ED02 MQ                         MINUTES QUERY                    04/14/2008

CASE# 05CF00003730 FILED 09/29/2005  STATUS C  STATUS DATE 03/15/2007
TITLE PEOPLE VS KELLOGG                        ARREST AGENCY HIPK BRANCH CE

            MURPHY, JOHN                   PUBLIC DEFENDER
            KELLOGG, DANIEL R.             DEFENDANT

       EVENTS:
            PRE-TRIAL                              CONTINUED PRESENT
            MOTION OF DEFENSE                      YES PRESENT
            TRIAL CONTINUANCE GRANTED              YES PRESENT
            SUBPOENAS CONTINUED                    YES PRESENT
            RELEASED ON CONTINUED BOND             YES PRESENT

DATE: 09/25/2006 TIME: 09:00A ROOM: C202  CALNDR: TLC NOTE: STRICKEN FROM CALL

       EVENTS:
            JURY TRIAL                             STRICKEN FROM CALL

DATE: 08/31/2006 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE:

       PRESENT:
            PHILLIPS, JOHN T.              PRESIDING JUDGE
            MEIER, JOANNE                  COURT REPORTER
            PRUSANK, CHRISTINE-ANN         STATE'S ATTORNEY
            MURPHY, JOHN                   PUBLIC DEFENDER
            KELLOGG, DANIEL R.             DEFENDANT

       EVENTS:
            PRE-TRIAL                              CONTINUED PRESENT
            MOTION OF DEFENSE                      YES PRESENT
            TRIAL CONTINUANCE GRANTED              YES PRESENT
            SUBPOENAS CONTINUED                    YES PRESENT
            402 CONFERENCE                         YES PRESENT
              DEFENDANT ADVISED
            BOND MODIFIED                          YES PRESENT
              DEFENDANT MAY DELIVER PIZZA IF APPROVED BY KANE COUNTY DRUG
              COURT TEAM AND PRETRIAL BOND SERVICES
            RELEASED ON CONTINUED BOND             YES PRESENT

DATE: 08/21/2006 TIME: 09:00A ROOM: C202  CALNDR: TLC NOTE: STRICKEN FROM CALL

       EVENTS:
            JURY TRIAL                             STRICKEN FROM CALL

DATE: 08/17/2006 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE:

       PRESENT:
            PHILLIPS, JOHN T.              PRESIDING JUDGE
            ALLEN WILLIAMS, VERNITA A.     COURT REPORTER
            PRUSANK, CHRISTINE-ANN         STATE'S ATTORNEY
            MURPHY, JOHN                   PUBLIC DEFENDER

*Exhibits*

ED02 MQ                         MINUTES QUERY                         04/14/2008

CASE# 05CF00003730 FILED 09/29/2005  STATUS C  STATUS DATE 03/15/2007
TITLE PEOPLE VS KELLOGG                        ARREST AGENCY HIPK BRANCH CE


        KELLOGG, DANIEL R.              DEFENDANT


        EVENTS:
                PRE-TRIAL                       CONTINUED PRESENT
                MOTION OF DEFENSE               YES PRESENT
                TRIAL CONTINUANCE GRANTED       YES PRESENT
                SUBPOENAS CONTINUED             YES PRESENT
                MOTION OF DEFENSE               DENIED
                  TO MODIFY THE DEFENDANT'S CURFEW
                RELEASED ON CONTINUED BOND      YES PRESENT


DATE: 07/25/2006 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE:


        PRESENT:
                PHILLIPS, JOHN T.               PRESIDING JUDGE
                LIGENZA, MARIANNE               COURT REPORTER
                HORNER, LAURA D.                STATE'S ATTORNEY
                MURPHY, JOHN                    PUBLIC DEFENDER
                KELLOGG, DANIEL R.              DEFENDANT


        EVENTS:
                BOND REVIEW                     YES PRESENT
                DEF PRESENT IN CUSTODY          YES PRESENT
                OVER STATE'S OBJECTION          YES PRESENT
                JUDGMENT VACATED                YES PRESENT
                BOND REINSTATED                 YES PRESENT
                  TO THE PREVIOUSLY POSTED $1,000.00 - SUPERVISED BY PRETRIAL, NO
                  DRUGS, NO ALCOHOL, RANDOM DROPS, NO CONTACT WITH VICTIM, MUST
                  LIVE WITH PARENTS, 24 HOUR CURFEW EXCEPT COURT AND ATTORNEY, MUST
                  COMPLY WITH KANE AND DU PAGE COUNTY CONDITIONS
                SET PRE-TRIAL DATE              YES PRESENT
                ADVISED OF TRIAL IN ABSENTIA    YES PRESENT
                ADVISED OF SENTENCING IN ABSENTIA  YES PRESENT
                REMAND                          YES PRESENT


DATE: 07/19/2006 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE:


        PRESENT:
                PHILLIPS, JOHN T.               PRESIDING JUDGE
                SARTWELL, CANDY                 COURT REPORTER
                HORNER, LAURA D.                STATE'S ATTORNEY
                MURPHY, JOHN                    PUBLIC DEFENDER
                KELLOGG, DANIEL R.              DEFENDANT


        EVENTS:
                BOND REVIEW                     YES PRESENT
                DEF PRESENT IN CUSTODY          YES PRESENT
                GERSTEIN HEARING                YES PRESENT

ED02 MQ                           MINUTES QUERY                      04/14/2008

CASE# 05CF00003730 FILED 09/29/2005  STATUS C  STATUS DATE 03/15/2007
TITLE PEOPLE VS KELLOGG                      ARREST AGENCY HIPK BRANCH CE

      MOTION OF DEFENSE                          DENIED
       PRETRIAL IS TO PROVIDE VERIFICATION OF HIS PROBATION CONDITIONS
       AND IF HE CAN RESIDE WITH HIS PARENTS
       REMAND                                    YES PRESENT

DATE: 07/18/2006 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE:

     PRESENT:
       PHILLIPS, JOHN T.             PRESIDING JUDGE
       SARTWELL, CANDY               COURT REPORTER
       HORNER, LAURA D.              STATE'S ATTORNEY
       MURPHY, JOHN                  PUBLIC DEFENDER

     EVENTS:
       BOND REVIEW                       CONTINUED ABSENT
       DEFENDANT'S PRESENCE WAIVED       YES ABSENT
       DEFENDANT REMAINS IN CUSTODY      YES ABSENT

DATE: 07/13/2006 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE:

     PRESENT:
       PHILLIPS, JOHN T.             PRESIDING JUDGE
       POLLMAN, LINDA                COURT REPORTER
       HORNER, LAURA D.              STATE'S ATTORNEY
       MURPHY, JOHN                  PUBLIC DEFENDER
       KELLOGG, DANIEL R.            DEFENDANT

     EVENTS:
       SET JURY TRIAL DATE                   YES PRESENT
       DEF PRESENT IN CUSTODY                YES PRESENT
       APPOINT PUBLIC DEFENDER               YES PRESENT
       SET PRE-TRIAL DATE                    YES PRESENT
       PRETRIAL SERVICES BOND REPORT ORDERED  YES PRESENT
       ADVISED OF TRIAL IN ABSENTIA          YES PRESENT
       ADVISED OF SENTENCING IN ABSENTIA     YES PRESENT
       REMAND                                YES PRESENT

DATE: 07/11/2006 TIME: 01:30P ROOM: C120  CALNDR: CRM NOTE:

     PRESENT:
       BOETTLE CECKOWSKI, VALERIE    PRESIDING JUDGE
       FISZ, ARI P.                  STATE'S ATTORNEY
       KELLOGG, DANIEL R.            DEFENDANT

     EVENTS:
       DEF PRESENT IN CUSTODY                YES PRESENT
       LAKE COUNTY SHERIFF
       BOND HEARING                          YES PRESENT

ED02 MQ                          MINUTES QUERY                        04/14/2008

CASE# 05CF00003730 FILED 09/29/2005  STATUS C  STATUS DATE 03/15/2007
TITLE PEOPLE VS KELLOGG                      ARREST AGENCY HIPK BRANCH CE

          BOND SET                                   YES PRESENT
            10% OF $75,000.00
          SET STATUS DATE                            YES PRESENT
          REMAND                                     YES PRESENT

DATE: 04/24/2006 TIME: 09:00A ROOM: C202 CALNDR: CRM NOTE:

     PRESENT:
          PHILLIPS, JOHN T.              PRESIDING JUDGE
          ALLEN WILLIAMS, VERNITA A.     COURT REPORTER
          PRUSANK, CHRISTINE-ANN         STATE'S ATTORNEY

     EVENTS:
          JUDGMENT ON BOND FORFEITURE              YES ABSENT

DATE: 03/20/2006 TIME: 09:00A ROOM: C202 CALNDR: TLC NOTE: JURY/LOMBARDO

     PRESENT:
          ROSSETTI, VICTORIA A.          PRESIDING JUDGE
          RAPINCHUK, CAREN               COURT REPORTER
          PRUSANK, CHRISTINE-ANN         STATE'S ATTORNEY

     EVENTS:
          JURY TRIAL                              STRICKEN ABSENT
          BOND FORFEITURE                         YES ABSENT
          ISSUE WARRANT                           YES ABSENT
          BOND SET                                YES ABSENT
            10% OF $75,000.00
          SET DATE FOR JUDGMENT ON BOND FORFEITURE  YES ABSENT

DATE: 03/13/2006 TIME: 09:00A ROOM: C202 CALNDR: CRM NOTE:

     EVENTS:
          MOTION OF DEFENSE                       STRICKEN FROM CALL

DATE: 03/10/2006 TIME: 09:00A ROOM: C202 CALNDR: CRM NOTE:

     PRESENT:
          PHILLIPS, JOHN T.              PRESIDING JUDGE
          MEIER, JOANNE                  COURT REPORTER
          PRUSANK, CHRISTINE-ANN         STATE'S ATTORNEY
          LOMBARDO, CHRISTOPHER          ATY-DEFENDANT

     EVENTS:
          MOTION OF DEFENSE                       GRANTED
          WITHDRAW ATTORNEY                       YES ABSENT

DATE: 02/14/2006 TIME: 09:00A ROOM: C202 CALNDR: TLC NOTE: STRICKEN FROM CALL

ED02 MQ                          MINUTES QUERY                        04/14/2008

CASE# 05CF00003730 FILED 09/29/2005   STATUS C   STATUS DATE 03/15/2007
TITLE PEOPLE VS KELLOGG                        ARREST AGENCY HIPK BRANCH CE


        EVENTS:
            JURY TRIAL                              STRICKEN FROM CALL

DATE: 02/01/2006 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE:

        PRESENT:
            PHILLIPS, JOHN T.                PRESIDING JUDGE
            POLLMAN, LINDA                   COURT REPORTER
            PRUSANK, CHRISTINE-ANN           STATE'S ATTORNEY
            LOMBARDO, CHRISTOPHER            ATY-DEFENDANT
            KELLOGG, DANIEL R.               DEFENDANT

        EVENTS:
            PRE-TRIAL                            YES PRESENT
            MOTION OF DEFENSE                    YES PRESENT
            TRIAL CONTINUANCE GRANTED            YES PRESENT
            SUBPOENAS CONTINUED                  YES PRESENT
            RELEASED ON CONTINUED BOND           YES PRESENT

DATE: 12/13/2005 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE:

        PRESENT:
            PHILLIPS, JOHN T.                PRESIDING JUDGE
            MEIER, JOANNE                    COURT REPORTER
            PRUSANK, CHRISTINE-ANN           STATE'S ATTORNEY
            LOMBARDO, CHRISTOPHER            ATY-DEFENDANT
            KELLOGG, DANIEL R.               DEFENDANT

        EVENTS:
            ARRAIGNMENT                          YES PRESENT
            NOT GUILTY PLEA                      YES PRESENT
            DISCOVERY TENDERED                   YES PRESENT
            SET PRE-TRIAL DATE                   YES PRESENT
            SET JURY TRIAL DATE                  YES PRESENT
                ALL PRETRIAL MOTIONS ARE TO BE FILED WITHIN 21 DAYS AND ARE TO BE
                NOTICED UP TO SET A HEARING DATE
            RECIPROCAL DISCOVERY ORDERED         YES PRESENT
            ADVISED OF TRIAL IN ABSENTIA         YES PRESENT
            ADVISED OF SENTENCING IN ABSENTIA    YES PRESENT
            RELEASED ON CONTINUED BOND           YES PRESENT

DATE: 11/30/2005 TIME: 01:30P ROOM: C205  CALNDR: CRM NOTE:

        PRESENT:
            ROSSETTI, VICTORIA A.           PRESIDING JUDGE

        EVENTS:

ED02 MQ                          MINUTES QUERY                          04/14/2008

CASE# 05CF00003730 FILED 09/29/2005  STATUS C  STATUS DATE 03/15/2007
TITLE PEOPLE VS KELLOGG                    ARREST AGENCY HIPK BRANCH CE

                    RETURN INDICTMENT                      YES ABSENT
                      RETURNED BY THE AUGUST 2005 TERM GRAND JURY
                    BOND SET                               YES ABSENT
                    ISSUE WARRANT                          YES ABSENT
                    STAY WARRANT                           YES ABSENT
                    SET ARRAIGNMENT DATE                   YES ABSENT
                    STATE TO NOTIFY DEF,COUNSEL OF DATE    YES ABSENT

DATE: 11/30/2005 TIME: 10:30A ROOM: C120  CALNDR: CRM NOTE: STRICKEN OFF CALL

        EVENTS:
            PRELIMINARY HEARING                      STRICKEN FROM CALL

DATE: 11/04/2005 TIME: 10:30A ROOM: C120  CALNDR: CRM NOTE:

        PRESENT:
            POTKONJAK, THEODORE S.        PRESIDING JUDGE
            HOFFERT, SCOTT J.             STATE'S ATTORNEY
            LOMBARDO, CHRISTOPHER         ATY-DEFENDANT
            KELLOGG, DANIEL R.            DEFENDANT

        EVENTS:
            STATUS OF ATTORNEY                       YES PRESENT
            ATTORNEY GIVEN LEAVE TO FILE APPEARANCE  YES PRESENT
            BOND REDUCED                             YES PRESENT
              TO 10% OF $10,000.00 WITH THE $1,000.00 REMAINING TO BE REFUNDED
              TO ATTORNEY CHRIS LOMBARDO
            SET PRELIMINARY HEARING DATE             YES PRESENT
            RELEASED ON CONTINUED BOND               YES PRESENT

DATE: 10/17/2005 TIME: 09:00A ROOM: C120  CALNDR: CRM NOTE:

        PRESENT:
            BOETTLE CECKOWSKI, VALERIE    PRESIDING JUDGE
            HOWARD, GEOFFREY S.           STATE'S ATTORNEY
            KELLOGG, DANIEL R.            DEFENDANT

        EVENTS:
            QUASH WARRANT                            YES PRESENT
            STATUS OF ATTORNEY DATE SET              YES PRESENT
            RELEASED ON CONTINUED BOND               YES PRESENT

Exhibits

```
ED02 MQ                         MINUTES QUERY                    04/14/2008

CASE# 05CF00003730 FILED 09/29/2005  STATUS C  STATUS DATE 03/15/2007
TITLE PEOPLE VS KELLOGG                   ARREST AGENCY HIPK BRANCH CE

DATE: 02/20/2008 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE:

        PRESENT:
                PHILLIPS, JOHN T.           PRESIDING JUDGE
                KLEIN, STUART               COURT REPORTER
                PAPPAS, GEORGE              STATE'S ATTORNEY

        EVENTS:
                RULING                          DENIED

DATE: 02/19/2008 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE:

        PRESENT:
                PHILLIPS, JOHN T.           PRESIDING JUDGE

        EVENTS:
                RULING                      CONTINUED ABSENT
                  JUDGE HAS FILE - CASE NOT CALLED

DATE: 02/15/2008 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE:

        EVENTS:
                RULING                      STRICKEN ABSENT
                  JUDGE HAS FILE - CASE NOT CALLED

DATE: 02/13/2008 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE:

        EVENTS:
                RULING                      CONTINUED ABSENT
                  CASE NOT CALLED

DATE: 02/11/2008 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE:

        PRESENT:
                PHILLIPS, JOHN T.           PRESIDING JUDGE

        EVENTS:
                RULING                      CONTINUED ABSENT
                  CASE NOT CALLED

DATE: 02/08/2008 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE: RULING

        EVENTS:
                RULING                      CONTINUED ABSENT
                  CASE NOT CALLED

DATE: 02/04/2008 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE:
```

Exhibits

ED02 MQ                          MINUTES QUERY                          04/14/2008

CASE# 05CF00003730 **FILED** 09/29/2005   STATUS C   STATUS DATE 03/15/2007
TITLE PEOPLE VS KELLOGG                           ARREST AGENCY HIPK BRANCH CE

          EVENTS:
               RULING                             CONTINUED ABSENT

DATE: 01/28/2008 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE: STATUS

          PRESENT:
               PHILLIPS, JOHN T.              PRESIDING JUDGE
               RAPINCHUK, CAREN               COURT REPORTER
               WALDECK, CATHERINE A.          STATE'S ATTORNEY
               KESSLER, ARTHUR D.             PUBLIC DEFENDER

          EVENTS:
               STATUS                            CONTINUED ABSENT
                 OF DEF'S MOTION - JUDGE HAS FILE

DATE: 01/25/2008 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE:

          PRESENT:
               PHILLIPS, JOHN T.              PRESIDING JUDGE
               MEIER, JOANNE                  COURT REPORTER
               WALDECK, CATHERINE A.          STATE'S ATTORNEY
               KESSLER, ARTHUR D.             PUBLIC DEFENDER

          EVENTS:
               STATUS                            CONTINUED ABSENT
                 OF DEF'S MOTION - JUDGE HAS FILE

DATE: 01/22/2008 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE:

          EVENTS:
               STATUS                            STRICKEN FROM CALL
                 OF DEF'S MOTION - JUDGE HAS FILE - CASE NOT CALLED

DATE: 01/18/2008 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE:

          PRESENT:
               PHILLIPS, JOHN T.              PRESIDING JUDGE

          EVENTS:
               STATUS                            CONTINUED ABSENT
                 OF DEF'S MOTION - JUDGE HAS FILE - CASE NOT CALLED

DATE: 01/09/2008 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE: MODF-NUNC PRO TUNC

          PRESENT:
               PHILLIPS, JOHN T.              PRESIDING JUDGE
               DEBOER, LAUREN                 COURT REPORTER
               WALDECK, CATHERINE A.          STATE'S ATTORNEY

Exhibits

ED02 MQ                    MINUTES QUERY                    04/14/2008

CASE# 05CF00003730 FILED 09/29/2005  STATUS C  STATUS DATE 03/15/2007
TITLE PEOPLE VS KELLOGG                    ARREST AGENCY HIPK BRANCH CE


        KESSLER, ARTHUR D.            PUBLIC DEFENDER


     EVENTS:
          MOTION OF DEFENDANT                 CONTINUED ABSENT
            CORRECT MITTIMUS

DATE: 07/30/2007 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE: MOTH


        PRESENT:
             PHILLIPS, JOHN T.            PRESIDING JUDGE
             NOLAN, SUZIE                 COURT REPORTER
             WALDECK, CATHERINE A.        STATE'S ATTORNEY
             KESSLER, ARTHUR D.           PUBLIC DEFENDER
             KELLOGG, DANIEL R.           DEFENDANT


        EVENTS:
             HEARING ON MOTION                 DENIED
               FOR ADDITIONAL 130 DAYS JAIL CREDIT
             MOTION OF STATE                   GRANTED
               TO DISMISS DEF'S PETITION
             WRIT VACATED                      YES PRESENT
             REMAND                            YES PRESENT
               BACK TO THE ILLINOIS DEPARTMENT OF CORRECTIONS

DATE: 07/27/2007 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE: STRICKEN


        EVENTS:
             HEARING ON MOTION                 STRICKEN FROM CALL

DATE: 07/24/2007 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE: STCH OF WRIT


        PRESENT:
             POTKONJAK, THEODORE S.       PRESIDING JUDGE
             LIGENZA, MARIANNE            COURT REPORTER
             WALDECK, CATHERINE A.        STATE'S ATTORNEY
             KESSLER, ARTHUR D.           PUBLIC DEFENDER
             KELLOGG, DANIEL R.           DEFENDANT


        EVENTS:
             STATUS OF WRIT                    YES PRESENT
             DEF PRESENT IN CUSTODY            YES PRESENT
               OF THE ILLINOIS DEPARTMENT OF CORRECTIONS
             HEARING DATE SET                  YES PRESENT
             REMAND                            YES PRESENT
               TO THE LAKE COUNTY JAIL WITH NO BOND

DATE: 07/09/2007 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE:

Exhibits

ED02 MQ                          MINUTES QUERY                        04/14/2008

CASE# 05CF00003730 FILED 09/29/2005  STATUS C  STATUS DATE 03/15/2007
TITLE PEOPLE VS KELLOGG                        ARREST AGENCY HIPK BRANCH CE

        PRESENT:
                PHILLIPS, JOHN T.               PRESIDING JUDGE
                NOLAN, SUZIE                    COURT REPORTER
                WALDECK, CATHERINE A.           STATE'S ATTORNEY

        EVENTS:
                STATUS OF WRIT                          CONTINUED ABSENT
                WRIT ISSUED                             YES ABSENT

DATE: 07/05/2007 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE: STCH OF WRIT

        PRESENT:
                PHILLIPS, JOHN T.               PRESIDING JUDGE
                EITERMANN, COLLEEN              COURT REPORTER
                DERUE, STEPHEN M.               STATE'S ATTORNEY

        EVENTS:
                STATUS OF WRIT                          CONTINUED ABSENT

DATE: 06/12/2007 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE:

        PRESENT:
                SHANES, DANIEL B.               PRESIDING JUDGE
                ALLEN WILLIAMS, VERNITA A.      COURT REPORTER
                PAPPAS, GEORGE                  STATE'S ATTORNEY

        EVENTS:
                STATUS                                  CONTINUED ABSENT
                WRIT TO ISSUE                           YES ABSENT
                  STATE TO ISSUE WRIT

DATE: 05/24/2007 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE:

        PRESENT:
                PHILLIPS, JOHN T.               PRESIDING JUDGE
                DEBOER, LAUREN                  COURT REPORTER
                WALDECK, CATHERINE A.           STATE'S ATTORNEY
                KESSLER, ARTHUR D.              PUBLIC DEFENDER

        EVENTS:
                STATUS                                  CONTINUED ABSENT
                WRIT TO ISSUE                           YES ABSENT

DATE: 05/11/2007 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE: STRICKEN

        EVENTS:
                STATUS                                  STRICKEN FROM CALL

Exhibits

```
ED02 MQ                      MINUTES QUERY                    04/14/2008

CASE# 05CF00003730 FILED 09/29/2005  STATUS C  STATUS DATE 03/15/2007
TITLE PEOPLE VS KELLOGG                     ARREST AGENCY HIPK BRANCH CE

DATE: 05/04/2007 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE:

        EVENTS:
            STATUS                              CONTINUED ABSENT

DATE: 05/03/2007 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE:

        EVENTS:
            STATUS                              CONTINUED ABSENT

DATE: 03/15/2007 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE: SENTENCING

        PRESENT:
            PHILLIPS, JOHN T.             PRESIDING JUDGE
            LIGENZA, MARIANNE             COURT REPORTER
            PRUSANK, CHRISTINE-ANN        STATE'S ATTORNEY
            KESSLER, ARTHUR D.            PUBLIC DEFENDER
            KELLOGG, DANIEL R.            DEFENDANT

        EVENTS:
            SENTENCING                              YES PRESENT
            DEF EXERCISES RIGHT TO ALLOCUTION       YES PRESENT
            DEF ADVISED OF RIGHT TO APPEAL          YES PRESENT
            REMAND                                  YES PRESENT
              COURT RECOMMENDS THE DEFENDANT BE PLACED IN A FACILITY WITH THE
              OPPORTUNITY TO RECEIVE RESIDENTIAL DRUG TREATMENT

DATE: 02/20/2007 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE: SENTENCING

        PRESENT:
            PHILLIPS, JOHN T.             PRESIDING JUDGE
            EITERMANN, COLLEEN            COURT REPORTER
            PRUSANK, CHRISTINE-ANN        STATE'S ATTORNEY
            MURPHY, JOHN                  PUBLIC DEFENDER
            KELLOGG, DANIEL R.            DEFENDANT

        EVENTS:
            SENTENCING                              CONTINUED PRESENT
              DEFENDANT IS TO PROVIDE MS. QUINN WITH DOCUMENTS WITHIN (15) DAYS
            MOTION OF DEFENSE                       YES PRESENT
            RELEASED ON CONTINUED BOND              YES PRESENT

DATE: 02/09/2007 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE:

        PRESENT:
            PHILLIPS, JOHN T.             PRESIDING JUDGE
            MEIER, JOANNE                 COURT REPORTER
            PRUSANK, CHRISTINE-ANN        STATE'S ATTORNEY
```

ED02 MQ                          MINUTES QUERY                        04/14/2008

CASE# 05CF00003730 FILED 09/29/2005  STATUS C  STATUS DATE 03/15/2007
TITLE PEOPLE VS KELLOGG                      ARREST AGENCY HIPK BRANCH CE

          MURPHY, JOHN                  PUBLIC DEFENDER
          KELLOGG, DANIEL R.            DEFENDANT

     EVENTS:
          SENTENCING                                CONTINUED PRESENT
          BY AGREEMENT                              YES PRESENT
          RELEASED ON CONTINUED BOND                YES PRESENT

DATE: 01/18/2007 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE: SENTENCING

     PRESENT:
          PHILLIPS, JOHN T.             PRESIDING JUDGE
          SHAYKIN, MARIE                COURT REPORTER
          NERHEIM, MICHAEL              STATE'S ATTORNEY
          MURPHY, JOHN                  PUBLIC DEFENDER
          KELLOGG, DANIEL R.            DEFENDANT

     EVENTS:
          SENTENCING                                CONTINUED PRESENT
          RELEASED ON CONTINUED BOND                YES PRESENT

DATE: 12/11/2006 TIME: 09:00A ROOM: C202  CALNDR: TLC NOTE: POSSIBLE PLEA

     PRESENT:
          PHILLIPS, JOHN T.             PRESIDING JUDGE
          SARTWELL, CANDY               COURT REPORTER
          PRUSANK, CHRISTINE-ANN        STATE'S ATTORNEY
          MURPHY, JOHN                  PUBLIC DEFENDER
          KELLOGG, DANIEL R.            DEFENDANT

     EVENTS:
          JURY TRIAL                                STRICKEN PRESENT
          ENTER GUILTY PLEA                         YES PRESENT
          BOND MODIFIED                             YES PRESENT
            DEFENDANT IS TO REPORT TO HIS PROBATION OFFICER AFTER COURT -
            24 HOUR CURFEW IS LIFTED - ALL OTHER CONDITIONS OF BOND REMAIN
            IN EFFECT - DEFENDANT CAN GO TO CAROL STREAM FOR CHRISTMAS
            IF APPROVED BY KANE COUNTY - NO DRUGS OR ALCOHOL
          ORDER PRE-SENTENCE INVESTIGATION          YES PRESENT
          SET SENTENCING DATE                       YES PRESENT
          ADVISED OF TRIAL IN ABSENTIA              YES PRESENT
          ADVISED OF SENTENCING IN ABSENTIA         YES PRESENT
          RELEASED ON CONTINUED BOND                YES PRESENT

DATE: 12/04/2006 TIME: 09:00A ROOM: C205  CALNDR: CRM NOTE: C202 CASE

     PRESENT:
          ROSSETTI, VICTORIA A.         PRESIDING JUDGE

Exhibits

ED02 MQ                          MINUTES QUERY                        04/14/2008

CASE# 05CF00003730 FILED 09/29/2005  STATUS C  STATUS DATE 03/15/2007
TITLE PEOPLE VS KELLOGG                         ARREST AGENCY HIPK BRANCH CE

            SARTWELL, CANDY              COURT REPORTER
            NERHEIM, MICHAEL             STATE'S ATTORNEY
            MURPHY, JOHN                 PUBLIC DEFENDER
            KELLOGG, DANIEL R.           DEFENDANT

      EVENTS:
            PRE-TRIAL                              YES PRESENT
            RELEASED ON CONTINUED BOND             YES PRESENT
               CASE CONTINUED TO PREVIOUSLY SET TRIAL DATE 12/11/06

DATE: 11/30/2006 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE: PRETRIAL

      PRESENT:
            PHILLIPS, JOHN T.            PRESIDING JUDGE
            NOLAN, SUZIE                 COURT REPORTER
            PRUSANK, CHRISTINE-ANN       STATE'S ATTORNEY
            LEVI, KAREN                  PUBLIC DEFENDER
            KELLOGG, DANIEL R.           DEFENDANT

      EVENTS:
            PRE-TRIAL                              CONTINUED PRESENT
            402 CONFERENCE                         YES PRESENT
            RELEASED ON CONTINUED BOND             YES PRESENT

DATE: 11/21/2006 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE: PRETRIAL

      PRESENT:
            PHILLIPS, JOHN T.            PRESIDING JUDGE
            EITERMANN, COLLEEN           COURT REPORTER
            PRUSANK, CHRISTINE-ANN       STATE'S ATTORNEY
            MALIA, KEVIN P.              PUBLIC DEFENDER
            KELLOGG, DANIEL R.           DEFENDANT

      EVENTS:
            PRE-TRIAL                              CONTINUED PRESENT
            RELEASED ON CONTINUED BOND             YES PRESENT

DATE: 10/30/2006 TIME: 09:00A ROOM: C202  CALNDR: TLC NOTE: STRICKEN FROM CALL

      EVENTS:
            JURY TRIAL                             STRICKEN FROM CALL

DATE: 10/19/2006 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE:

      PRESENT:
            PHILLIPS, JOHN T.            PRESIDING JUDGE
            MOSLEY, JAN                  COURT REPORTER
            PRUSANK, CHRISTINE-ANN       STATE'S ATTORNEY

ED02 MQ                          MINUTES QUERY                    04/14/2008

CASE# 05CF00003730 FILED 09/29/2005  STATUS C  STATUS DATE 03/15/2007
TITLE PEOPLE VS KELLOGG                    ARREST AGENCY HIPK BRANCH CE

               MURPHY, JOHN              PUBLIC DEFENDER
               KELLOGG, DANIEL R.        DEFENDANT

         EVENTS:
               PRE-TRIAL                         CONTINUED PRESENT
               MOTION OF DEFENSE                 YES PRESENT
               TRIAL CONTINUANCE GRANTED         YES PRESENT
               SUBPOENAS CONTINUED               YES PRESENT
               RELEASED ON CONTINUED BOND        YES PRESENT

DATE: 09/25/2006 TIME: 09:00A ROOM: C202  CALNDR: TLC NOTE: STRICKEN FROM CALL

         EVENTS:
               JURY TRIAL                        STRICKEN FROM CALL

DATE: 08/31/2006 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE:

         PRESENT:
               PHILLIPS, JOHN T.          PRESIDING JUDGE
               MEIER, JOANNE              COURT REPORTER
               PRUSANK, CHRISTINE-ANN     STATE'S ATTORNEY
               MURPHY, JOHN               PUBLIC DEFENDER
               KELLOGG, DANIEL R.         DEFENDANT

         EVENTS:
               PRE-TRIAL                         CONTINUED PRESENT
               MOTION OF DEFENSE                 YES PRESENT
               TRIAL CONTINUANCE GRANTED         YES PRESENT
               SUBPOENAS CONTINUED               YES PRESENT
               402 CONFERENCE                    YES PRESENT
                 DEFENDANT ADVISED
               BOND MODIFIED                     YES PRESENT
                 DEFENDANT MAY DELIVER PIZZA IF APPROVED BY KANE COUNTY DRUG
                 COURT TEAM AND PRETRIAL BOND SERVICES
               RELEASED ON CONTINUED BOND        YES PRESENT

DATE: 08/21/2006 TIME: 09:00A ROOM: C202  CALNDR: TLC NOTE: STRICKEN FROM CALL

         EVENTS:
               JURY TRIAL                        STRICKEN FROM CALL

DATE: 08/17/2006 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE:

         PRESENT:
               PHILLIPS, JOHN T.            PRESIDING JUDGE
               ALLEN WILLIAMS, VERNITA A.   COURT REPORTER
               PRUSANK, CHRISTINE-ANN       STATE'S ATTORNEY
               MURPHY, JOHN                 PUBLIC DEFENDER

ED02 MQ                           MINUTES QUERY                      04/14/2008

CASE# 05CF00003730 FILED 09/29/2005  STATUS C  STATUS DATE 03/15/2007
TITLE PEOPLE VS KELLOGG                       ARREST AGENCY HIPK BRANCH CE

          KELLOGG, DANIEL R.              DEFENDANT

     EVENTS:
          PRE-TRIAL                             CONTINUED PRESENT
          MOTION OF DEFENSE                     YES PRESENT
          TRIAL CONTINUANCE GRANTED             YES PRESENT
          SUBPOENAS CONTINUED                   YES PRESENT
          MOTION OF DEFENSE                     DENIED
             TO MODIFY THE DEFENDANT'S CURFEW
          RELEASED ON CONTINUED BOND            YES PRESENT

DATE: 07/25/2006 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE:

     PRESENT:
          PHILLIPS, JOHN T.               PRESIDING JUDGE
          LIGENZA, MARIANNE               COURT REPORTER
          HORNER, LAURA D.                STATE'S ATTORNEY
          MURPHY, JOHN                    PUBLIC DEFENDER
          KELLOGG, DANIEL R.              DEFENDANT

     EVENTS:
          BOND REVIEW                           YES PRESENT
          DEF PRESENT IN CUSTODY                YES PRESENT
          OVER STATE'S OBJECTION                YES PRESENT
          JUDGMENT VACATED                      YES PRESENT
          BOND REINSTATED                       YES PRESENT
             TO THE PREVIOUSLY POSTED $1,000.00 - SUPERVISED BY PRETRIAL, NO
             DRUGS, NO ALCOHOL, RANDOM DROPS, NO CONTACT WITH VICTIM, MUST
             LIVE WITH PARENTS, 24 HOUR CURFEW EXCEPT COURT AND ATTORNEY, MUST
             COMPLY WITH KANE AND DU PAGE COUNTY CONDITIONS
          SET PRE-TRIAL DATE                    YES PRESENT
          ADVISED OF TRIAL IN ABSENTIA          YES PRESENT
          ADVISED OF SENTENCING IN ABSENTIA     YES PRESENT
          REMAND                                YES PRESENT

DATE: 07/19/2006 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE:

     PRESENT:
          PHILLIPS, JOHN T.               PRESIDING JUDGE
          SARTWELL, CANDY                 COURT REPORTER
          HORNER, LAURA D.                STATE'S ATTORNEY
          MURPHY, JOHN                    PUBLIC DEFENDER
          KELLOGG, DANIEL R.              DEFENDANT

     EVENTS:
          BOND REVIEW                           YES PRESENT
          DEF PRESENT IN CUSTODY                YES PRESENT
          GERSTEIN HEARING                      YES PRESENT

Exhibits

ED02 MQ                          MINUTES QUERY                        04/14/2008

CASE# 05CF00003730 FILED 09/29/2005   STATUS C   STATUS DATE 03/15/2007
TITLE PEOPLE VS KELLOGG                          ARREST AGENCY HIPK BRANCH CE

      MOTION OF DEFENSE                              DENIED
        PRETRIAL IS TO PROVIDE VERIFICATION OF HIS PROBATION CONDITIONS
        AND IF HE CAN RESIDE WITH HIS PARENTS
      REMAND                                        YES PRESENT

DATE: 07/18/2006 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE:

    PRESENT:
        PHILLIPS, JOHN T.              PRESIDING JUDGE
        SARTWELL, CANDY                COURT REPORTER
        HORNER, LAURA D.               STATE'S ATTORNEY
        MURPHY, JOHN                   PUBLIC DEFENDER

    EVENTS:
        BOND REVIEW                              CONTINUED ABSENT
        DEFENDANT'S PRESENCE WAIVED              YES ABSENT
        DEFENDANT REMAINS IN CUSTODY             YES ABSENT

DATE: 07/13/2006 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE:

    PRESENT:
        PHILLIPS, JOHN T.              PRESIDING JUDGE
        POLLMAN, LINDA                 COURT REPORTER
        HORNER, LAURA D.               STATE'S ATTORNEY
        MURPHY, JOHN                   PUBLIC DEFENDER
        KELLOGG, DANIEL R.             DEFENDANT

    EVENTS:
        SET JURY TRIAL DATE                      YES PRESENT
        DEF PRESENT IN CUSTODY                   YES PRESENT
        APPOINT PUBLIC DEFENDER                  YES PRESENT
        SET PRE-TRIAL DATE                       YES PRESENT
        PRETRIAL SERVICES BOND REPORT ORDERED    YES PRESENT
        ADVISED OF TRIAL IN ABSENTIA             YES PRESENT
        ADVISED OF SENTENCING IN ABSENTIA        YES PRESENT
        REMAND                                   YES PRESENT

DATE: 07/11/2006 TIME: 01:30P ROOM: C120  CALNDR: CRM NOTE:

    PRESENT:
        BOETTLE CECKOWSKI, VALERIE     PRESIDING JUDGE
        FISZ, ARI P.                   STATE'S ATTORNEY
        KELLOGG, DANIEL R.             DEFENDANT

    EVENTS:
        DEF PRESENT IN CUSTODY                   YES PRESENT
          LAKE COUNTY SHERIFF
        BOND HEARING                             YES PRESENT

ED02 MQ                           MINUTES QUERY                        04/14/2008

CASE# 05CF00003730 FILED 09/29/2005  STATUS C  STATUS DATE 03/15/2007
TITLE PEOPLE VS KELLOGG                        ARREST AGENCY HIPK BRANCH CE

              BOND SET                              YES PRESENT
                10% OF $75,000.00
              SET STATUS DATE                       YES PRESENT
              REMAND                                YES PRESENT

DATE: 04/24/2006 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE:

        PRESENT:
              PHILLIPS, JOHN T.                PRESIDING JUDGE
              ALLEN WILLIAMS, VERNITA A.       COURT REPORTER
              PRUSANK, CHRISTINE-ANN           STATE'S ATTORNEY

        EVENTS:
              JUDGMENT ON BOND FORFEITURE           YES ABSENT

DATE: 03/20/2006 TIME: 09:00A ROOM: C202  CALNDR: TLC NOTE: JURY/LOMBARDO

        PRESENT:
              ROSSETTI, VICTORIA A.            PRESIDING JUDGE
              RAPINCHUK, CAREN                 COURT REPORTER
              PRUSANK, CHRISTINE-ANN           STATE'S ATTORNEY

        EVENTS:
              JURY TRIAL                            STRICKEN ABSENT
              BOND FORFEITURE                       YES ABSENT
              ISSUE WARRANT                         YES ABSENT
              BOND SET                              YES ABSENT
                10% OF $75,000.00
              SET DATE FOR JUDGMENT ON BOND FORFEITURE  YES ABSENT

DATE: 03/13/2006 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE:

        EVENTS:
              MOTION OF DEFENSE                     STRICKEN FROM CALL

DATE: 03/10/2006 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE:

        PRESENT:
              PHILLIPS, JOHN T.                PRESIDING JUDGE
              MEIER, JOANNE                    COURT REPORTER
              PRUSANK, CHRISTINE-ANN           STATE'S ATTORNEY
              LOMBARDO, CHRISTOPHER            ATY-DEFENDANT

        EVENTS:
              MOTION OF DEFENSE                     GRANTED
              WITHDRAW ATTORNEY                     YES ABSENT

DATE: 02/14/2006 TIME: 09:00A ROOM: C202  CALNDR: TLC NOTE: STRICKEN FROM CALL

Exhibits

ED02 MQ                    MINUTES QUERY                    04/14/2008

CASE# 05CF00003730 FILED 09/29/2005  STATUS C  STATUS DATE 03/15/2007
TITLE PEOPLE VS KELLOGG                          ARREST AGENCY HIPK BRANCH CE


        EVENTS:                                    STRICKEN FROM CALL
            JURY TRIAL

DATE: 02/01/2006 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE:


        PRESENT:
            PHILLIPS, JOHN T.            PRESIDING JUDGE
            POLLMAN, LINDA               COURT REPORTER
            PRUSANK, CHRISTINE-ANN       STATE'S ATTORNEY
            LOMBARDO, CHRISTOPHER        ATY-DEFENDANT
            KELLOGG, DANIEL R.           DEFENDANT


        EVENTS:
            PRE-TRIAL                              YES PRESENT
            MOTION OF DEFENSE                      YES PRESENT
            TRIAL CONTINUANCE GRANTED              YES PRESENT
            SUBPOENAS CONTINUED                    YES PRESENT
            RELEASED ON CONTINUED BOND             YES PRESENT

DATE: 12/13/2005 TIME: 09:00A ROOM: C202  CALNDR: CRM NOTE:


        PRESENT:
            PHILLIPS, JOHN T.            PRESIDING JUDGE
            MEIER, JOANNE                COURT REPORTER
            PRUSANK, CHRISTINE-ANN       STATE'S ATTORNEY
            LOMBARDO, CHRISTOPHER        ATY-DEFENDANT
            KELLOGG, DANIEL R.           DEFENDANT


        EVENTS:
            ARRAIGNMENT                            YES PRESENT
            NOT GUILTY PLEA                        YES PRESENT
            DISCOVERY TENDERED                     YES PRESENT
            SET PRE-TRIAL DATE                     YES PRESENT
            SET JURY TRIAL DATE                    YES PRESENT
                ALL PRETRIAL MOTIONS ARE TO BE FILED WITHIN 21 DAYS AND ARE TO BE
                NOTICED UP TO SET A HEARING DATE
            RECIPROCAL DISCOVERY ORDERED           YES PRESENT
            ADVISED OF TRIAL IN ABSENTIA           YES PRESENT
            ADVISED OF SENTENCING IN ABSENTIA      YES PRESENT
            RELEASED ON CONTINUED BOND             YES PRESENT

DATE: 11/30/2005 TIME: 01:30P ROOM: C205  CALNDR: CRM NOTE:


        PRESENT:
            ROSSETTI, VICTORIA A.        PRESIDING JUDGE


        EVENTS:

```
ED02 MQ                        MINUTES QUERY                    04/14/2008
```

CASE# 05CF00003730 FILED 09/29/2005  STATUS C  STATUS DATE 03/15/2007
TITLE PEOPLE VS KELLOGG                    ARREST AGENCY HIPK BRANCH CE

```
          RETURN INDICTMENT                          YES ABSENT
             RETURNED BY THE AUGUST 2005 TERM GRAND JURY
          BOND SET                                   YES ABSENT
          ISSUE WARRANT                              YES ABSENT
          STAY WARRANT                               YES ABSENT
          SET ARRAIGNMENT DATE                       YES ABSENT
          STATE TO NOTIFY DEF,COUNSEL OF DATE        YES ABSENT
```

DATE: 11/30/2005 TIME: 10:30A ROOM: C120  CALNDR: CRM NOTE: STRICKEN OFF CALL

```
     EVENTS:
          PRELIMINARY HEARING                    STRICKEN FROM CALL
```

DATE: 11/04/2005 TIME: 10:30A ROOM: C120  CALNDR: CRM NOTE:

```
     PRESENT:
          POTKONJAK, THEODORE S.          PRESIDING JUDGE
          HOFFERT, SCOTT J.               STATE'S ATTORNEY
          LOMBARDO, CHRISTOPHER           ATY-DEFENDANT
          KELLOGG, DANIEL R.              DEFENDANT

     EVENTS:
          STATUS OF ATTORNEY                         YES PRESENT
          ATTORNEY GIVEN LEAVE TO FILE APPEARANCE    YES PRESENT
          BOND REDUCED                               YES PRESENT
             TO 10% OF $10,000.00 WITH THE $1,000.00 REMAINING TO BE REFUNDED
             TO ATTORNEY CHRIS LOMBARDO
          SET PRELIMINARY HEARING DATE               YES PRESENT
          RELEASED ON CONTINUED BOND                 YES PRESENT
```

DATE: 10/17/2005 TIME: 09:00A ROOM: C120  CALNDR: CRM NOTE:

```
     PRESENT:
          BOETTLE CECKOWSKI, VALERIE      PRESIDING JUDGE
          HOWARD, GEOFFREY S.             STATE'S ATTORNEY
          KELLOGG, DANIEL R.              DEFENDANT

     EVENTS:
          QUASH WARRANT                              YES PRESENT
          STATUS OF ATTORNEY DATE SET                YES PRESENT
          RELEASED ON CONTINUED BOND                 YES PRESENT
```