Case 1:08-cv-05008   Document 3   Filed 09/03/2008   Page 1 of 6



7/18/02

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

FILED
SEP 03 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**IN FORMA PAUPERIS APPLICATION AND FINANCIAL AFFIDAVIT**

Daniel R Kellogg
Plaintiff

v.

Lake County Jail Et Al
Defendant(s)

**08CV5008**
CA **JUDGE DARRAH**
JU **MAG. JUDGE COLE**

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, Daniel R Kellogg, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒Yes   ☐No   (If "No," go to Question 2)
   I.D. # K72153   Name of prison or jail: Centralia C. Center
   Do you receive any payment from the institution? ☒Yes ☐No  Monthly amount: 14:40

2. Are you currently employed?   ☐Yes   ☒No
   Monthly salary or wages: _____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment: _____
      Monthly salary or wages: _____
      Name and address of last employer: _____

   b. Are you married?   ☐Yes   ☒No
      Spouse's monthly salary or wages: _____
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages   ☐Yes   ☒No
      Amount _____ Received by _____

    b. ☐ Business, ☐ profession or ☐ other self-employment     ☐Yes     ☒No
Amount_____Received by_____

    c. ☐ Rent payments, ☐ interest or ☐ dividends     ☐Yes     ☒No
Amount_____Received by_____

    d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                                             ☐Yes     ☒No
Amount_____Received by_____

    e. ☐ Gifts or ☐ inheritances     ☐Yes     ☒No
Amount_____Received by_____

    f. ☐Any other sources (state source:_____)   ☐Yes     ☒No
Amount_____Received by_____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?   ☐Yes   ☒No   Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?   ☐Yes   ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?   ☐Yes   ☒No
Address of property:_____
Type of property:_____N/A_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?   ☐Yes   ☒No
Property:_____N/A_____
Current value:_____N/A_____
In whose name held:_____N/A_____ Relationship to you:_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐No dependents
_____N/A_____
_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 8-28-08

_Daniel R. Kellogg_
Signature of Applicant

_Daniel R. Kellogg_
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

_Daniel Kellogg K72153_

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _Daniel Kellogg_, I.D.# _K72153_, has the sum of $ _.83_ on account to his/her credit at (name of institution) _Centralia Correctional Ctr._
I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ _See attached sheet_
(Add all deposits from all sources and then divide by number of months).

8-19-08
DATE

_T. Hines_
SIGNATURE OF AUTHORIZED OFFICER

_T. HINES_
(Print name)

rev. 7/18/02

-3-

REPORT CRITERIA - Date: 11/01/2007 thru End; Inmate: K72153; Active Status Only ? : No; Print Restrictions ? : Yes; Transaction Type: All Transaction Types; Print Furloughs / Restitutions ? : Yes; Include Inmate Totals ? : Yes; Print Balance Errors Only ? : No

**Inmate: K72153 Kellogg, Daniel**  **Housing Unit: CEN-N3-B -15**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 06/30/08 | Disbursements | 81 Legal Postage | 182323 | Chk #110110 | 81a61608, DOC: 523 Fund Inmate, Inv. Date: 06/16/2008 | -1.68 | 1.72 |
| 06/30/08 | Disbursements | 81 Legal Postage | 182323 | Chk #110110 | 81a61708, DOC: 523 Fund Inmate, Inv. Date: 06/17/2008 | -1.17 | .55 |
| 06/30/08 | Disbursements | 81 Legal Postage | 182323 | Chk #110110 | 81a61008, DOC: 523 Fund Inmate, Inv. Date: 06/10/2008 | -.42 | .13 |
| 07/11/08 | Payroll | 20 Payroll Adjustment | 193118 | | P/R month of 06/2008 | 14.40 | 14.53 |
| 07/15/08 | Disbursements | 84 Library | 197323 | Chk #110212 | 84a63008, DOC: 523 Fund Librar, Inv. Date: 06/30/2008 | -3.35 | 11.18 |
| 07/15/08 | Disbursements | 80 Postage | 197323 | Chk #110214 | 80app71408, DOC: 523 Fund Inma, Inv. Date: 07/14/2008 | -2.19 | 8.99 |
| 07/15/08 | Disbursements | 81 Legal Postage | 197323 | Chk #110214 | 81a62408, DOC: 523 Fund Inmate, Inv. Date: 06/24/2008 | -1.34 | 7.65 |
| 07/24/08 | Mail Room | 01 MO/Checks (Not Held) | 206268 | 230941449728 | United States Treasury, Stimulus CK | 300.00 | 307.65 |
| 07/25/08 | Mail Room | 01 MO/Checks (Not Held) | 207268 | 13585327 | Kellogg, S | 30.00 | 337.65 |
| 08/04/08 | Point of Sale | 60 Commissary | 217788 | 489743 | Commissary | -227.84 | 109.81 |
| 08/11/08 | Point of Sale | 60 Commissary | 224788 | 490572 | Commissary | -98.02 | 11.79 |
| 08/12/08 | Disbursements | 84 Library | 225323 | Chk #110434 | 84a71408, DOC: 523 Fund Librar, Inv. Date: 07/14/2008 | -7.75 | 4.04 |
| 08/12/08 | Disbursements | 90 Medical Co-Pay | 225323 | Chk #110436 | 90a80508, DOC: 523 Fund Reimbu, Inv. Date: 08/05/2008 | -2.00 | 2.04 |
| 08/12/08 | Disbursements | 81 Legal Postage | 225323 | Chk #110436 | 81a81108, DOC: 523 Fund Reimbu, Inv. Date: 08/11/2008 | -1.17 | .87 |
| 08/12/08 | Disbursements | 80 Postage | 225323 | Chk #110436 | 80a72808, DOC: 523 Fund Reimbu, Inv. Date: 07/28/2008 | -.42 | .45 |
| 08/12/08 | Disbursements | 80 Postage | 225323 | Chk #110436 | 80a72808, DOC: 523 Fund Reimbu, Inv. Date: 07/28/2008 | -.42 | .03 |
| 08/15/08 | Payroll | 20 Payroll Adjustment | 228118 | | P/R month of 07/2008 | 13.13 | 13.16 |
| 08/18/08 | Point of Sale | 60 Commissary | 231789 | 491319 | Commissary | -9.99 | 3.17 |

| | |
|---|---|
| Total Inmate Funds: | 3.17 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 4.00 |
| Funds Available: | -.83 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 08/12/2008 | 84a81208 | Disb | Library | 2 DOC: 523 Fund Library | $3.00 |
| 08/18/2008 | 84a81808 | Disb | Library | 2 DOC: 523 Fund Library | $1.00 |
| | | | | **Total Restrictions:** | **$4.00** |

**Centralia Correctional Center**
**Trust Fund**
Inmate Transaction Statement

REPORT CRITERIA - Date: 11/01/2007 thru End; Inmate: K72153; Active Status Only ? : No; Print Restrictions ? : Yes; Transaction Type: All Transaction Types; Print Furloughs / Restitutions ? : Yes; Include Inmate Totals ? : Yes; Print Balance Errors Only ? : No

**Inmate: K72153 Kellogg, Daniel**     **Housing Unit: CEN-N3-B -15**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 05/27/08 | Point of Sale | 60 Commissary | 148728 | 482016 | Commissary | -13.42 | 4.54 |
| 06/04/08 | Mail Room | 01 MO/Checks (Not Held) | 156268 | R200834651600 | Larsen, A | 10.00 | 14.54 |
| 06/04/08 | Mail Room | 01 MO/Checks (Not Held) | 156268 | R200834650698 | Larsen, A | 10.00 | 24.54 |
| 06/09/08 | Mail Room | 01 MO/Checks (Not Held) | 161268 | 13345794 | Kellogg, S | 30.00 | 54.54 |
| 06/09/08 | Point of Sale | 60 Commissary | 161728 | 483588 | Commissary | -29.70 | 24.84 |
| 06/10/08 | Disbursements | 84 Library | 162323 | Chk #109931 | 84a60208, DOC: 523 Fund Librar, Inv. Date: 06/02/2008 | -.35 | 24.49 |
| 06/10/08 | Disbursements | 84 Library | 162323 | Chk #109931 | 84a51909, DOC: 523 Fund Librar, Inv. Date: 05/19/2008 | -.15 | 24.34 |
| 06/10/08 | Disbursements | 84 Library | 162323 | Chk #109931 | 84a52708, DOC: 523 Fund Librar, Inv. Date: 05/27/2008 | -1.30 | 23.04 |
| 06/10/08 | Disbursements | 84 Library | 162323 | Chk #109931 | 84a53008, DOC: 523 Fund Librar, Inv. Date: 05/30/2008 | -1.50 | 21.54 |
| 06/10/08 | Disbursements | 84 Library | 162323 | Chk #109931 | 84a51208, DOC: 523 Fund Librar, Inv. Date: 05/12/2008 | -1.30 | 20.24 |
| 06/10/08 | Disbursements | 84 Library | 162323 | Chk #109931 | 84a60908, DOC: 523 Fund Librar, Inv. Date: 06/09/2008 | -.60 | 19.64 |
| 06/10/08 | Disbursements | 84 Library | 162323 | Chk #109931 | 84a60608, DOC: 523 Fund Librar, Inv. Date: 06/06/2008 | -4.00 | 15.64 |
| 06/10/08 | Disbursements | 81 Legal Postage | 162323 | Chk #109933 | 81a51208, DOC: 523 Fund Inmate, Inv. Date: 05/12/2008 | -1.34 | 14.30 |
| 06/10/08 | Disbursements | 90 Medical Co-Pay | 162323 | Chk #109933 | 90a52908, DOC: 523 Fund Inmate, Inv. Date: 05/29/2008 | -2.00 | 12.30 |
| 06/10/08 | Disbursements | 90 Medical Co-Pay | 162323 | Chk #109933 | 90a52908, DOC: 523 Fund Inmate, Inv. Date: 05/29/2008 | -2.00 | 10.30 |
| 06/10/08 | Disbursements | 81 Legal Postage | 162323 | Chk #109933 | 81a60408, DOC: 523 Fund Inmate, Inv. Date: 06/04/2008 | -.42 | 9.88 |
| 06/10/08 | Disbursements | 81 Legal Postage | 162323 | Chk #109933 | 81a53008, DOC: 523 Fund Inmate, Inv. Date: 05/30/2008 | -.42 | 9.46 |
| 06/10/08 | Disbursements | 81 Legal Postage | 162323 | Chk #109933 | 81a53008, DOC: 523 Fund Inmate, Inv. Date: 05/30/2008 | -1.34 | 8.12 |
| 06/10/08 | Disbursements | 90 Medical Co-Pay | 162323 | Chk #109933 | 90a52908, DOC: 523 Fund Inmate, Inv. Date: 05/29/2008 | -2.00 | 6.12 |
| 06/10/08 | Disbursements | 81 Legal Postage | 162323 | Chk #109933 | 81a53008, DOC: 523 Fund Inmate, Inv. Date: 05/30/2008 | -1.00 | 5.12 |
| 06/10/08 | Disbursements | 81 Legal Postage | 162323 | Chk #109933 | 81a60608, DOC: 523 Fund Inmate, Inv. Date: 06/06/2008 | -1.51 | 3.61 |
| 06/10/08 | Disbursements | 81 Legal Postage | 162323 | Chk #109933 | 81a60608, DOC: 523 Fund Inmate, Inv. Date: 06/06/2008 | -1.51 | 2.10 |
| 06/10/08 | Disbursements | 81 Legal Postage | 162323 | Chk #109933 | 81a60608, DOC: 523 Fund Inmate, Inv. Date: 06/06/2008 | -1.51 | .59 |
| 06/10/08 | Disbursements | 81 Legal Postage | 162323 | Chk #109933 | 81a60608, DOC: 523 Fund Inmate, Inv. Date: 06/06/2008 | -.42 | .17 |
| 06/13/08 | Payroll | 20 Payroll Adjustment | 165118 | | P/R month of 05/2008 | 15.20 | 15.37 |
| 06/16/08 | Point of Sale | 60 Commissary | 168728 | 484266 | Commissary | -13.19 | 2.18 |
| 06/18/08 | Mail Room | 01 MO/Checks (Not Held) | 170268 | 13405118 | Kellogg, S | 30.00 | 32.18 |
| 06/18/08 | Mail Room | 01 MO/Checks (Not Held) | 170268 | 13405119 | Kellogg, S | 30.00 | 62.18 |
| 06/23/08 | Point of Sale | 60 Commissary | 175728 | 485556 | Commissary | -55.99 | 6.19 |
| 06/23/08 | Point of Sale | 60 Commissary | 175728 | 485562 | Commissary | .11 | 6.30 |
| 06/30/08 | Disbursements | 84 Library | 182323 | Chk #110108 | 84a062308, DOC: 523 Fund Libra, Inv. Date: 06/23/2008 | -.30 | 6.00 |
| 06/30/08 | Disbursements | 84 Library | 182323 | Chk #110108 | 84a61608, DOC: 523 Fund Librar, Inv. Date: 06/16/2008 | -1.60 | 4.40 |
| 06/30/08 | Disbursements | 80 Postage | 182323 | Chk #110110 | 80a61908, DOC: 523 Fund Inmate, Inv. Date: 06/19/2008 | -1.00 | 3.40 |

**Centralia Correctional Center**
**Trust Fund**
Inmate Transaction Statement

REPORT CRITERIA - Date: 11/01/2007 thru End;  Inmate: K72153;  Active Status Only ? : No;  Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;  Print Furloughs / Restitutions ? : Yes;  Include Inmate Totals ? : Yes;  Print
Balance Errors Only ? : No

**Inmate: K72153 Kellogg, Daniel**  **Housing Unit: CEN-N3-B -15**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 02/13/08 | Point of Sale | 60 Commissary | 044705 | 469196 | Commissary | -17.63 | .45 |
| 02/15/08 | Payroll | 20 Payroll Adjustment | 046118 | | P/R month of 01/2008 | 15.91 | 16.36 |
| 02/18/08 | Point of Sale | 60 Commissary | 049774 | 469916 | Commissary | -16.21 | .15 |
| 02/27/08 | Mail Room | 01 MO/Checks (Not Held) | 058268 | 12773367 | Kellogg, S | 20.00 | 20.15 |
| 02/29/08 | Disbursements | 88 personal | 060323 | Chk #109161 | 801226, Universal Life Church, Inv. Date: 02/29/2008 | -5.00 | 15.15 |
| 03/04/08 | Mail Room | 01 MO/Checks (Not Held) | 064268 | 12859766 | Kellogg, S | 20.00 | 35.15 |
| 03/05/08 | Disbursements | 88 personal | 065323 | Chk #109185 | 801248, Universal Life Church, Inv. Date: 03/05/2008 | -5.00 | 30.15 |
| 03/11/08 | Point of Sale | 60 Commissary | 071728 | 472155 | Commissary | -27.99 | 2.16 |
| 03/12/08 | Disbursements | 90 Medical Co-Pay | 072323 | Chk #109230 | 90a22708, DOC: 523 Fund Inmate, Inv. Date: 02/27/2008 | -2.00 | .16 |
| 03/14/08 | Payroll | 20 Payroll Adjustment | 074118 | | P/R month of 02/2008 | 7.50 | 7.66 |
| 03/19/08 | Mail Room | 01 MO/Checks (Not Held) | 079268 | 12955833 | Kellogg, S | 20.00 | 27.66 |
| 03/19/08 | Mail Room | 01 MO/Checks (Not Held) | 079268 | R200576983310 | Larsen, A | 5.00 | 32.66 |
| 03/19/08 | Point of Sale | 60 Commissary | 079728 | 473460 | Commissary | -32.64 | .02 |
| 03/31/08 | Mail Room | 01 MO/Checks (Not Held) | 091268 | 13015846 | Kellogg, S | 50.00 | 50.02 |
| 03/31/08 | Mail Room | 01 MO/Checks (Not Held) | 091268 | 13015872 | Kellogg, S | 50.00 | 100.02 |
| 03/31/08 | Mail Room | 01 MO/Checks (Not Held) | 091268 | 13015856 | Kellogg, S | 50.00 | 150.02 |
| 03/31/08 | Mail Room | 01 MO/Checks (Not Held) | 091268 | 13015873 | Kellogg, S | 50.00 | 200.02 |
| 03/31/08 | Mail Room | 01 MO/Checks (Not Held) | 091268 | 13015862 | Kellogg, S | 50.00 | 250.02 |
| 04/01/08 | Point of Sale | 60 Commissary | 092774 | 475056 | Commissary | -183.59 | 66.43 |
| 04/03/08 | Disbursements | 88 personal | 094323 | Chk #109379 | 801381, Universal Life Church, Inv. Date: 04/01/2008 | -25.00 | 41.43 |
| 04/07/08 | Point of Sale | 60 Commissary | 098774 | 475854 | Commissary | -36.07 | 5.36 |
| 04/11/08 | Payroll | 20 Payroll Adjustment | 102118 | | P/R month of 03/2008 | 12.75 | 18.11 |
| 04/14/08 | Disbursements | 84 Library | 105323 | Chk #109464 | 84a40908, DOC: 523 Fund Librar, Inv. Date: 04/09/2008 | -1.50 | 16.61 |
| 04/14/08 | Disbursements | 90 Medical Co-Pay | 105323 | Chk #109478 | 90a41108, DOC: 523 Fund Inmate, Inv. Date: 04/11/2008 | -2.00 | 14.61 |
| 04/14/08 | Disbursements | 81 Legal Postage | 105323 | Chk #109478 | 81a40908, DOC: 523 Fund Inmate, Inv. Date: 04/09/2008 | -.97 | 13.64 |
| 04/14/08 | Disbursements | 80 Postage | 105323 | Chk #109478 | 80b40908, DOC: 523 Fund Inmate, Inv. Date: 04/09/2008 | -1.31 | 12.33 |
| 04/14/08 | Point of Sale | 60 Commissary | 105774 | 476679 | Commissary | -12.31 | .02 |
| 04/17/08 | Mail Room | 01 MO/Checks (Not Held) | 108268 | 13098515 | Kellogg, S | 50.00 | 50.02 |
| 04/21/08 | Point of Sale | 60 Commissary | 112786 | 477909 | Commissary | -47.86 | 2.16 |
| 04/22/08 | Disbursements | 84 Library | 113323 | Chk #109583 | 84a42108, DOC: 523 Fund Librar, Inv. Date: 04/21/2008 | -2.00 | .16 |
| 05/07/08 | Mail Room | 01 MO/Checks (Not Held) | 128268 | 13186015 | Kellogg, S | 15.00 | 15.16 |
| 05/08/08 | Mail Room | 01 MO/Checks (Not Held) | 129268 | R200741301794 | Larsen, A | 10.00 | 25.16 |
| 05/12/08 | Mail Room | 01 MO/Checks (Not Held) | 133268 | 13226453 | Kellogg, S | 40.00 | 65.16 |
| 05/12/08 | Disbursements | 84 Library | 133323 | Chk #109714 | 84a42508, DOC: 523 Fund Librar, Inv. Date: 04/25/2008 | -.20 | 64.96 |
| 05/12/08 | Disbursements | 82 Debts due to State (non-postage) | 133323 | Chk #109717 | 82amc43008, DOC: 523 Fund Inma, Inv. Date: 04/30/2008 | -.75 | 64.21 |
| 05/12/08 | Disbursements | 81 Legal Postage | 133323 | Chk #109717 | 81a43008, DOC: 523 Fund Inmate, Inv. Date: 04/30/2008 | -.22 | 63.99 |
| 05/12/08 | Disbursements | 81 Legal Postage | 133323 | Chk #109717 | 81a42808, DOC: 523 Fund Inmate, Inv. Date: 04/28/2008 | -.97 | 63.02 |
| 05/12/08 | Point of Sale | 60 Commissary | 133774 | 480114 | Commissary | -58.42 | 4.60 |
| 05/16/08 | Payroll | 20 Payroll Adjustment | 137118 | | P/R month of 04/2008 | 12.44 | 17.04 |
| 05/19/08 | Point of Sale | 60 Commissary | 140728 | 480764 | Commissary | -14.08 | 2.96 |
| 05/23/08 | Mail Room | 01 MO/Checks (Not Held) | 144268 | 13285808 | Lellogg, S | 15.00 | 17.96 |