FILED MHN
LCW

SEP 03 2008
SEP 03 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) Daniel R. Kellogg

v.

Defendant(s) Lake county Jail
Judge
States Attorney

)
)
)
)
)
)
)
)
)
)

08CV5008
JUDGE DARRAH
MAG. JUDGE COLE

### MOTION FOR APPOINTMENT OF COUNSEL

1. I, Daniel R Kellogg, declare that I am the (check appropriate box)
   ☒ plaintiff ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

3. In further support of my motion, I declare that (check appropriate box):

   ☒ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   ☐ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☒ I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Dan Kellogg K72153
Movant's Signature

P.O. Box 711
Street Address

Centralia, IL 62801

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

STATE OF ILLINOIS )
                  )SS.
COUNTY OF CLINTON )

### CERTIFICATE OF SERVICE

I, Daniel Kellogg, certify that I caused a copy of the Document mentioned in the Motion for Appointment of Counsel to be filed on the parties mentioned in the same for the purposes thereof, on the 28 day of Aug, 2008, by placing the same in the U.S. Mail Box at the Centralia Correctional Center, Centralia, Illinois 62801, with postage paid.

By Daniel Kellogg

Subscribed and sworn to before me this 28th day of August, 2008.

Larry B. Taylor
Notary Public

OFFICIAL SEAL
LARRY B. TAYLOR
Notary Public  State of Illinois
My Commission Expires Feb 25, 2012